ORIGINAL

COVER SHEET

RECEIVED
OCT 3 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

JOHN E. MCCAFFERTY D/B/A CLASSIC CATERING

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): MARK L. NESTOR, ESQ.

Firm Name: MARK L. NESTOR, ESQ.

03-2292C

Post Office Box:

Street Address: 332 LUNENBURG STREET

City-State-Zip: FITCHBURG, MA 01420

Telephone & Facsimile Numbers: TEL: 978.345.3544 FAX: 978.345.8034

Is the attorney of record admitted to the Court of Federal Claims Bar? PENDING - APPLICATION SUBMITTED

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three digit codes.

Amount Claimed: $ 100,000.00

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) __________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.