# EXHIBIT "A"

M TAB TAB TAB TAB TAB

# SOLICITATION, OFFER, AND AWARD (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is DOCSPER
Award will be made on this form or by other official written notice.

PAGE 1 OF 50

1. CONTRACT *(Proc. Inst. Ident.)* NO. NAFFE2-00-T-0001
2. SOLICITATION NO. SEALED BIDDING *(IFB)* NEGOTIATED *(RFP)*
3. DATE ISSUED 01 OCT-99
4. PURCHASE REQUEST NO. 99-018

5. ISSUED BY
DEVENS RFTA CONTRACTING
30 QUEBEC STREET
DEVENS MA. 01432

6. ADDRESS OFFER TO *(If other than Block 5)*

## SOLICITATION

7. Sealed offers in original and ____ copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 6, OR IF HAND-CARRIED, IN THE DEPOSITARY LOCATED IN CONTRACTING 30 QUEBEC ST BLDG 666 DEVENS until 4:00 PM ON 24 SEP 1999 *(Time, Zone, and Date)* If this is a sealed bid solicitation, offers will be publicly opened at that time.

CAUTION - LATE OFFERS. See para 7, DA Form 4070-R, Solicitation Instructions and Conditions. *(Section L)*

NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.
All offers are subject to the following:

1. The attached Solicitation Instructions and Conditions.
2. The Contract Clauses, which are attached or incorporated herein by reference.
3. The Schedule attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference. *(Attachments are listed in the Schedule.)*

FOR INFORMATION CALL *(Name and Telephone No.)(No collect calls)*:

8. *The following Checked Sections are incorporated.*

## TABLE OF CONTENTS

| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 14 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 1 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 13 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATOINS AND OTHER STATEMENTS OF OFFERORS | 4 |
| X | F | DELIVERIES OR PERFORMANCE | 1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 1 | X | L | INSTR., CONDS., AND NOTICES TO OFFERORS | 4 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 4 | | M | EVALUATION FACTORS FOR AWARD | |

9.

## OFFER

In compliance with the above, the undersigned offers and agrees to furnish any or all items upon which prices are offered and to deliver at the designated point(s) within the time set forth in the schedule, if this offer is accepted within ____ calendar days from the date specified for receipt of the offers (60 calendar days unless a different period is inserted by the offeror).

10. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated.)*

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 REVISED QUOTE | 09/13/99 | | |

11. DISCOUNT FOR PROMPT PAYMENT *(See para 8, DA Form 4070-R)(Section L)*
____ % 10 Calendar Days; ____ % 20 Calendar Days; ____ % 30 Calendar Days; ____ % ____ Calendar Days.

12. OFFEROR'S NAME & ADDRESS *(Street, City, State, & ZIP Code)(Include Area Code and Telephone No.)*
JOHN E MCCAFFERTY
67 WHITHEY AVE
LOWELL MA 01850

13. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER
JOHN E MCCAFFERTY
OWNER
~~CLASSIC CATERING~~

Check if Remittance Address is Different from above.
____ Enter such address in schedule.

14. SIGNATURE [signature]
15. OFFER DATE 9/23/99

## AWARD *(To Be Completed by Fund)*

16. ACCEPTED AS TO ITEMS NUMBERED
ITEM 0001 SEE NEXT PAGE

17. AMOUNT 7.5 %

18. ADMINISTERED BY *(If other than Block 5)* SEE BLOCK #5

19. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO ADDRESS SHOWN IN BLOCK X

20. ACCOUNTING DATA X

21. PAYMENT WILL BE MADE BY CONTRACTOR TO FUND

22. NAME AND SIGNATURE OF CONTRACTING OFFICER [signature]

23. AWARD DATE 991001

2

## SCHEDULE (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is DCSPER

SOLICITATION NO. CWF-Q-0002
NAFFE2-99-T0002

1. A DESCRIPTION OF THE GOODS AND/OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND THE PLACE OF DELIVERY, AND ANY OTHER TERMS AND CONDITIONS APPLICABLE TO THE PROPOSAL, ARE SET FORTH BELOW OR ATTACHED HERETO.

| 2. ITEM NO. a | DESCRIPTION OF ITEM/SERVICE b | QUANTITY c | UNIT d | UNIT PRICE e | ITEM PRICE f |
|---|---|---|---|---|---|
| | OFFER SHALL INDICATE THE FEE HE/SHE SHALL PAY TO THE CWF FUND FROM THE GROSS AMOUNT. | | | | 7.5% Commission |
| 0001 | CONCESSION CONTRACTOR TO OPERATE A FOOD AND BEVERAGE OPERATION FOR THE DEVENS CWF IN BUILDING 623.<br>SPECIFICATIONS ATTACHED.<br>SECTION J: WAGE DETERMINATION: NO: 94-225 REV 13 | | | | |

3. NAME OF OFFEROR

DA FORM 4071-R, OCT 86

## C-3. CONCESSION TERMS

a. Periodic reviews, conducted jointly by representatives of the CWFC and the contractor, will be made to insure, that the staffing pattern, menu pricing structure, and other phases of the operation, are arranged on the most efficient basis, to the end that the contractor does not realize an excessive net profit and that Government employees are provided with high quality and convenient food service, under sanitary and healthful conditions, at the most reasonable prices possible..

b. If the audit shows that the contractor is making a marginal profit or incurring a loss, through no fault of his/her own, equitable adjustments may be negotiated to permit a fair margin of profit in accordance with this paragraph.

c. Complete customer satisfaction shall be at all times provided within reason. If a customer is not satisfied with purchased food or merchandise, the contractor shall either replace the item, eliminate the deficiency to the satisfaction of the customer, or return full payment made for that item or merchandise or purchase to the customer.

d. All prices will be separately and conspicuously posted for articles stocked for sale. All menus are subject to prior approval by the Fund.

e. Contractor shall keep such a complete and accurate account of all transactions and maintain such methods of internal controls as required by generally accepted business practices and/or as the Fund requires.

f. Contractor shall promptly pay according to the terms thereof all indebtedness contracted in connection with the performance of this contract.

g. Contractor shall, at his expense, obtain all necessary permits, give all necessary notices, pay all license fees, comply with all municipal, state, and Federal laws, rules, ordinances and regulations pertaining to the preservation of the public health or as, applicable to the property, income and transactions of this contract.

## C-4 HOURS OF OPERATION

The concessionaire agrees to the following minimum hours of operation Monday through Friday (Saturday and Sunday when the projected soldier population exceeds 500) with the exception of-designated holidays observed by the Federal Government. Monthly training schedule indicating projected soldier strength will be provided by CWFC.

| | | |
|---|---|---|
| Regular Breakfast Hour | 0630-0830 | |
| Luncheon | 1100-1300 | |
| Pub | 1530-1930 | Thurs, Fri, Sat |

* The concessionaire may request a change in operating hours based on market needs

## SECTION C

## DESCRIPTION/SPECS/WORK STATEMENT

### C-1. SCOPE OF OPERATION

a. The concessionaire shall, for the period of this Contract and under the Terms and Conditions set forth below, establish, manage and operate in his name such restaurant-type concession as shown herein for the Civilian Welfare Fund Council, Devens Reserve Forces Training Area, Devens, Massachusetts 01432. Operations shall include the right to store, prepare, and sell food, dairy products and beverages (alcoholic and non-alcoholic).

### C-2. DESCRIPTION OF FACILITIES

a. The CWFC will furnish or cause to be furnished, the following facilities at building 623 (see drawing attached).

(1) Main ballroom (Room 117).

(2) Kitchen, storage, loading dock employee rest rooms and serving area. (Rooms 132, 133, 124, 125, 127, 128, 129, 130, 131)

(3) Lounge, game room and storage area. (Rooms 110, 111, 112, 113)

(4) Walk in freezer, walk in refrigerator, located in kitchen area.

(5) Equipment furnished by the Fund is in accordance with the list shown in Appendix A.

b. The contractor shall provide all smallware (e.g., china, paper ware, plastic ware, flatware, pots, pans, utensils, etc.) as may be required in the performance of this contract.

c. Not withstanding the aforementioned, the CWFC reserves the right to use any or all facilities for any meetings or functions which may be so ordered or authorized. The Contracting Officer or higher representative will provide 5 days notice.

## C-5 EQUIPMENT

Equipment, fixtures, machinery, tools, utensils and any other property (hereinafter called "equipment") listed in Appendix A will be available for use by the concessionaire.

Maintenance and repair of Appropriated Fund (APF) or Non Appropriated Fund Instrumentality (NAFI) furniture, fixtures and equipment (FFE), if caused by fair wear and tear, will be jointly funded by the contractor and the NAFI. The contractor will pay the first $100 of maintenance or repair expense for each furnished item. The NAFI will pay the remainder of the expense that exceeds $100. Repairs necessary as a result of contractor abuse or negligence will be paid for entirely by the contractor (AR 215-5, 4-17 f (5)).

## C-6 INVENTORIES

100% of facilities, equipment and merchandise will be jointly inventoried within 48 hours of signing of Contract and every six months thereafter. The CWFC will furnish two disinterested personnel and the concessionaire one person to make said inventory. Any shortages revealed by the joint inventory will be replaced or paid for by the contractor at fair market value of the property as determined by the contracting officer; exceptions to be as determined through CWFC meeting. No equipment furnished under this agreement by the CWFC shall be removed from the installation by the concessionaire. Closing inventory will be conducted prior to conclusion of contract.

Concessionaire agrees to purchase on hand supplies from CWF at cost. CWF agrees to accept payment over a 12 month period through monthly installments paid on the 20th of the month to Devens RFTA Post Restaurant Fund.

## C-7 CLEANING AND JANITORIAL SERVICES.

a. The contractor agrees to furnish all labor, supplies, materials, equipment and supervision sufficient to maintain the restaurant concession areas in a clean, orderly, and sanitary condition at all times. Before beginning work, the concessionaire shall submit to the Contracting Officer a list stating the name(s) of the manufacturer and the brand name of the materials that he proposes to use in the performance of this work. He shall not use in conjunction with the work of this contract, any material which the CWF determines would be unsuitable for the purpose, or harmful to the surfaces to which it is to be applied.

b. Equipment used in the performance of the cleaning and janitorial services shall be of the type and of sufficient capacity to assure high quality work and shall meet with the approval of the Contracting Officer.

c. Cleaning and janitorial services shall be performed on regular schedule and must meet the highest normally accepted industry standards.

DAILY

(1) Sweep and damp mop kitchen, including walk-in coolers, and serving areas.

(2) Concessionaire shall only be required to daily sweep, spot mop for spillage, and spray buff as required resilient tile floors.

(3) Clean tray rails and sneeze guards.

(4) Spot clean walls and posts in dining and kitchen area.

(5) As required, collect trash and rubbish at a location designated by the COR for removal from the premises by the Government.

(6) Thoroughly clean inside of dishwasher, coffee urns, all beverage dispensers, hot and cold food through bussing station, etc.

(7) All kitchen and other cooking equipment, e.g., grills, fryers, ovens, toasters, holding stations, etc., shall be cleaned daily.

(8) Clean restrooms and/or locker rooms which have been designated to be used by the concessionaire's employees only.

(9) Thoroughly wash and rinse all mops and other cleaning materials.

(10) Tables and chairs will be cleaned continuously as required throughout the operating day.

(11) Sweep/vacuum dining area.

WEEKLY

(1) Thoroughly clean table edges, pedestals and chairs.

(2) Clean tray stands.

(3) Clean hoods, filters, and ventilating systems over stoves and ovens.

(4) Thoroughly wash entire cafeteria receiving area and trash room.

MONTHLY

(1) Cleaning ceiling tiles and air registers in kitchen and over serving line.

(2) Thoroughly clean all self-service freezers and refrigerated display cases.

(3) Damp wipe all doors and windows (interior).

(4) Thoroughly clean all floor drains and drain covers.

**QUARTERLY**

Wash all doors and wall surfaces in dining area.

**SEMI-ANNUALLY**

(1) Perform high cleaning of pipes, lovers.

(2) Thoroughly clean walls in kitchen and dining area.

(3) Thoroughly clean all fans, ventilating grills and ducting.

(4) Defrost and thoroughly clean all freezer and refrigerator storage spaces.

In addition, the CWFC may require additional cleaning as he/she deems necessary. Failure to keep any of the facilities in a clean condition satisfactory to the Contracting Officer or the Building Manager may result in the withdrawal of the privilege of using such facilities or the CWFC may have the facility cleaned by another means and the cost of such work charged to the concessionaire. The CWFC will not be responsible in any way for damage or loss occasioned by fire, theft, accident, or otherwise, to the concessionaire's stored supplies, materials, or equipment, or his employees' personal belongings

**C-8 MAINTENANCE**

a. The Building Manager will furnish or cause to be furnished, all real property building maintenance which will include the maintenance of heating, lighting, and air conditioning thereof.

b. Concessionaire, at his expense, will be responsible for repairing assigned areas, when necessitated by the negligence or misconduct of the concessionaire, his employees, his subcontractors.

c. The concessionaire shall make no alterations or improvements to the areas or major improvements to facilities or the equipment made available without the prior written approval of the Contracting Officer. Title to alterations, improvements or installations of a permanent nature shall vest in the Government or the CWFC.

d. The concessionaire shall release any/all space or equipment, and yield peaceably its possession, in as good condition as received, except for reasonable wear and tear, and except for damage or destruction arising outside of the normal course of operation upon the expiration, termination or cancellation of this contract.

## C-9 STAFFING

a. The contractor shall engage all personnel necessary to maintain efficient services and at a high standard of sanitation and cleanliness at all times.

b. Unit Manager and/or assistant unit manager shall be on duty at all times. Supplementation of remaining staff, during planned/unplanned absences if any duration shall be sought at all times.

## C-10 PERSONNEL

a. In no event shall the contractor engage, for any operations under this contract, nor allow to start employment, personnel who:

(1) Fail to pass satisfactory medical examinations where the handling of food is involved, to include bussing, dish/pot washing, utensils, glassware, trays, etc.

(2) Are not courteous, conscientious and competent to perform the duties to which they are assigned.

b. All food service/contractor personnel will be required to:

(1) Maintain a high degree of personal hygiene, such as wearing clean garments and effective hair restraints, washing hands frequently and always prior to leaving the toilet facilities, restraining from wearing jewelry and using tobacco while engaged in or around food preparation and/or service.

(2) Change their clothing in the locker rooms provided for that purpose and maintain the area in a neat and clean condition.

(3) Wear proper uniforms, including hair nets and/or food handler hats and sanitary gloves, during the times they are performing their duties.

(4) Wear legible employee name plates showing the first and last name of employee.

(5) Be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card, Form 1-151, or an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

c. If in the opinion of the Contracting Officer, the conduct of any employee, servant or agent of the contractor in and about the premises covered by this contract interferes with proper service, at the request of the Fund, such employee, servant or agent shall be banned from the premises.

## C-11 TRANSACTIONS

a. Contractor shall keep a complete and accurate account of all transactions.

b. The Contracting Officer's Representative shall approve the cash register and any similar business machine tapes furnished by the contractor.

c. All sales shall be made on a cash basis or for coupons/tickets contracted for in advance, unless operating regulations authorize specific exceptions.

d. A cash register shall be used to record all patron sales with the register being visible to the patron. A receipt will be provided to the patron when requested.

## C-12 AUTHORIZED PATRONS AND INDENTIFICATION

a. Unlimited privileges of the Post Restaurant facilities and services without specific identification may be extended the following persons:

(1) All Federal civilian employees working at the Devens RFTA.

(2) All uniformed (military) personnel.

(3) Dependents and/or guest of military or civilian personnel.

b. Unlimited privileges of the Post Restaurant facilities and services with identification may be extended to any person possessing a DOD identification card, Active, Reserve and Retired and authorized dependants.

c. Guests of authorized patrons.

NOTE: A guest is a person whose relationship to an authorized MWR patron, acting as a host, is actually one of being house guest or whose presence is in response to a direct invitation from the host for a specific occasion. A guest physically accompanies the host to the occasion, during which the host willingly accepts responsibility, including payment for services and goods received, for the guest.

**C-13 DEFINITIONS**

a. Contracting Officer. A Government official with authority to enter into, administer, and/or terminate Government contracts.

b. Contracting Officer's Representative (COR). An authorized representative of the Contracting Officer appointed in writing to perform specific contract administration functions.

**SECTION E**

**INSPECTION AND ACCEPTANCE**

**E-1 INSPECTION**

All services, material and workmanship shall be subject to inspection and test by Contracting Officer and his/her representatives (this includes inspections by U.S. Army Veterinary Corps). For this purpose, the contractor shall, at all times, allow inspectors and other Contracting Officer directed personnel free access to the facility and operations and shall furnish such facilities, supplies and services as may be required for this work, as determined by the Contracting Officer.

SECTION F

## DELIVERIES OR PERFORMANCE

### F-1 PERIOD OF PERFORMANCE

The period of performance of any contract awarded as a result of this solicitation shall be from the date of award, through 31 Oct 00 unless sooner terminated under the terms of the contract.

F-2 The following Federal holidays are observed:

| | |
|---|---|
| New Year's Day | 01 January |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Third Monday in May |
| Independence Day | 04 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans' Day | 11 November |
| Thanksgiving | Fourth Thursday in November |
| Christmas Day | 25 December |

## SECTION G

## CONTRACT ADMINISTRATION DATA

### G-1 CONTRACT ADMINISTRATION OFFICE.

This contract will be administered by the Devens RFTA Contracting Office.

### G-3 PAYMENTS

a. The contractor shall pay to the CWFC an amount (commission) determined as a percentage of gross sales, as stipulated in the contractor's proposal. Such payments shall be made on a monthly basis by check not later than twenty (20) days after the end of each month. Check shall be made payable to "Devens RFTA Post Restaurant Fund".

b. Commission fees shall not be considered or accounted for as a rental fee charged for use of equipment supplied or of space assigned in Government-owned buildings.

### G-4 SUBCONTRACTS FOR WORK OR SERVICES

No contract shall be made by the contractor with any other party for furnishing any of the work or services herein contracted for without the written approval of the Contracting Officer or his representative, but this provision will not be taken as requiring the approval of contracts of employment between the contractor and personnel assigned for services thereunder.

SECTION H

## SPECIAL CONTRACT REQUIREMENTS

### H-1 INSURANCE

a. The contractor will, at his/her own expense, obtain and maintain during the entire performance period of this contract insurance of at least the kinds and minimum amounts set forth below:

Minimum requirements of liability and automobile insurance as required by State and local regulations and laws.

(1) Standard Worker's Compensation and Employer's liability $500,000.

(2) Comprehensive General Liability including: Premises Bodily Injury, Property Damages, Products Liability, Public Liability $1,000,000.

(3) Liquor Liability Insurance $1,000,000.

b. At all times during performance, the Contractor shall maintain with the Contracting Officer a current Certificate of Insurance showing at the insurance required by the Schedule, and providing for thirty (30) days written notice to the Contracting Officer by the insurance company prior to cancellation or material change in policy coverage. Insurance provided must in name the CWFC granting the concession and the United States of America as co-insured parties with the Contractor.

### H-2 COMPLIANCE WITH APPLICABLE FEDERAL, STATE AND LOCAL REQUIREMENTS

In performing work under this Contract, the Contractor shall comply with all relevant federal, state and local statutes, ordinances, laws and regulations.

### H-3 CONTRACTOR CHANGEOVER

The CWFC reserves the right to conduct site visits in all contractor operated facilities in conjunction with the solicitation of offers for the follow-on Contract. In the event the follow-on contract is awarded to other than the incumbent, the incumbent contractor will cooperate to the extent required to permit an orderly changeover to the successor contractor. With regard to the successor contractor's access to incumbent employees, a recruitment notice may be placed in the facility.

## H-4 LIABILITY

The CWFC shall not be held responsible for damages to property or for injuries or death to persons which might occur without fault on the part of the Fund as a result of, or incident to, performance of the Contract.

## H-5 PERMITS AND RESPONSIBILITIES FOR WORK

The contractor shall, without additional expenses to the CWFC, obtain all licenses and permits required for the prosecution of the work. The contractor shall be responsible for all damages to persons or property that occur as a result of his/her fault or negligence in connection with the prosecution of the work.

## H-6 SECURITY AND SAFETY CLEARANCES

The contractor will be required to comply with all security and safety clearances that are enforced at the Devens RFTA, Devens , MA 01432.

## H-7 SUPERVISION

The CWFC shall not exercise any supervision or control over the contractor's employees performing services under this contract. Such employees shall be accountable not to the CWFC, but solely to the contractor, who in turn is responsible to the CWFC.

## H-8 EXAMINATION OF RECORDS

a. The contractor agrees, that the Contracting Officer or any of his/her duly authorized representatives shall, until the expiration of two years, after termination of this contract, have access to and the right to examine and/or cause to be audited any directly pertinent books, documents, papers and records of the-contractor involving transactions related to this contract.

b. The contractor further agrees to include in all his subcontracts hereunder a provision to the effect that the subcontractor agrees that the Contracting Officer or any of its duly authorized representatives shall, until the expiration of one year after/final payment under the subcontract, have access to and the right to examine any directly pertinent books, documents, papers, and record, of such subcontractor involving the transactions related to the subcontract.

## H-9 TERMINATION BY AGREEMENT

a. The term of this Agreement, unless sooner terminated as hereinafter provided, shall be 31 Oct 00. It may be renewed once by mutual agreement of the parties in writing for an additional period which in total with the base period of the contract may not exceed five years from the date of award, subject to approval in the same manner as this Contract is subject to approval.

b. This Agreement shall automatically terminate upon the event of the CWFC becoming deactivated or upon deactivation of the installation (including successor installation, if any) at which the CWFC is located, or upon official declaration that the installation (including successor) is declared surplus to the needs of the Defense establishment or any component thereof.

c. Either party may without statement of cause terminate this Agreement by giving the other party 120 days notice in writing, or such shorter period as may be mutually agreed upon.

## H-10 UNAUTHORIZED REPRESENTATIONS

The contractor shall not represent himself as an agent of the CWFC and/or the Devens RFTA. The contractor shall not use these words on letterhead, statements, checks, signs, or in any other manner. All business of the contractor shall be transacted in his own individual or corporate name.

## H-11 INDEBTEDNESS

The CWFC will not assume any indebtedness of the concessionaire.

## H-12 CWFC, DEVENS RFTA

Is a non-appropriated fund instrumentality (NAFI) of Devens RFTA and DA. No appropriated funds of the United States shall become due, or be paid the contractor by reasons of this Contract. It is an integral Department of Defense (DoD) organizational entity which performs an essential Government function. It acts in its own name as a NAFI and, as a fiscal entity, maintains custody of and control over its non-appropriated funds. It is not incorporated under the laws of any state or the District of Columbia, and enjoys the legal status of an instrumentality of the United States.

## H-13 TAXES

a. Concessionaires of civilian non-appropriated funds are not entitled to claim NAFI immunity from taxation and, therefore, shall collect, report, and pay all Federal, State and local sales and use taxes as any private individual.

b. Applicable taxes shall be separately stated on menus or other price lists and charged separately in addition to said prices and reported and paid by the concessionaire. Accordingly, a statement that offered prices do not include applicable taxes shall be posted to all menus or to other price lists.

## H-14 UTILITIES

There will be no utility charges to be paid by the contractor to the CWFC in the operation of the restaurant. Such utilities include electricity, heat, water, gas and telephone (business calls only.)

## H-15 PROHIBITION ON THE USE OF STYROFOAM PRODUCTS

The contractor shall not employ the use of non recyclable Styrofoam products in the performance of this contract. The forgoing does not limit the rights of the contractor to employ alternate and/or recyclable products (e.g. paper products, glass products and plastic products).

# CONTRACT CLAUSES
## *(NONAPPROPRIATED FUND SUPPLY AND SERVICE CONTRACTS)*

For use of this form, see AR 215-4, the proponent agency is ODCSPER


I-1. DEFINITIONS
I-2. NONAPPROPRIATED FUND INSTRUMENTALITY
I-3 COVENANT AGAINST CONTINGENT FEES
I-4. CHANGES
I-5 OFFICIALS NOT TO BENEFIT
I-6. GRATUITIES
I-7. NEW MATERIAL
I-8. VARIATION IN QUANTITY
I-9. EXAMINATION OF RECORDS
I-10. CONVICT LABOR
I-11. CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION--GENERAL
I-12. WALSH-HEALEY PUBLIC CONTRACTS ACT
I-13. EQUAL OPPORTUNITY
I-14. AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS
I-15. AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS
I-16. BUY AMERICAN ACT, TRADE AGREEMENTS ACT AND THE BALANCE OF PAYMENTS PROGRAM
I-17. CERTAIN COMMUNIST AREAS
I-18. INSURANCE
I-19. TAXES
I-20. PAYMENTS
I-21. DISCOUNTS FOR PROMPT PAYMENT
I-22. INVOICES
I-23. EXTRAS
I-24. ASSIGNMENT OF CLAIMS
I-25. DISPUTES
I-26. NAFI PROPERTY
I-27. INSPECTION AND ACCEPTANCE
I-28. TERMINATION FOR CONVENIENCE
I-29. TERMINATION FOR DEFAULT
I-30. COMMERCIAL WARRANTY
I-31. ACCIDENT PREVENTION, FIRE PROTECTION, AND SANITATION
I-32. RESERVED
I-33. NON-WAIVER OF DEFAULTS
I-34. PERMITS AND LICENSES
I-35 REMOVAL OF CONTRACTOR'S EMPLOYEES
I-36. SAVE HARMLESS
I-37. SERVICE CONTRACT ACT OF 1965 *(Contracts over $2,500)*
I-38. OPTION TO EXTEND THE TERM OF THE CONTRACT


**I-1. DEFINITIONS *(SEP 1984).***

(a) "Head of the agency" *(also called "agency head")* or "Secretary of the Army, the Under Secretary, and the term "authorized representative" means any person, or board *(other than the Contracting Officer)* authorized to act for the head of agency or secretary.

(b) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts on behalf of the nonappropriated fund instrumentality which is a party to this contract and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

**I-2. NONAPPROPRIATED FUND INSTRUMENTALITY *(SEP 1984).***

The Nonappropriated Fund Instrumentality *(NAFI)* which is party to this contract is a nonappropriated fund instrumentality of the Department of the Army. NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE OR BE PAID THE CONTRACTOR OR CONCESSIONAIRE BY REASON OF THIS CONTRACT. This contract is not subject to The Contract Disputes Act of 1978.

**I-3. COVENANT AGAINST CONTINGENT FEES *(SEP 1984).***

The Contractor warrants that no person or selling agency has been employed or retained to solicit or secure this contract upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the contractor for the purpose of securing business. For breach or violation of this warranty the NAFI shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage, or contingent fee.

**I-4. CHANGES *(SEP 1984)* FIXED PRICE SUPPLY.**

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the NAFI in accordance with the drawings, design, or specifications.

(2) Method of shipment or packing.

(3) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer decides that the facts justify it, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(c) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

***FOR SERVICE CONTRACTS ONLY***

Substitute paragraph (a) of the basic clause above with (a) below:

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed.

(2) Time of performance (*i.e., hours of the days, days of the week, etc.*).

(3) Place of performance of the services.

***FOR SERVICES AND SUPPLY CONTRACTS ONLY***

If the requirement is for services (*other than architect-engineer services, transportation, or research and development*) and supplies are to be furnished, substitute the following paragraph (a)for paragraph (a) of the basic clause:

(a) the Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one of the following:

(1) Description of services to be performed.

(2) Time of performance (*i.e., hours of the day, days of the week, etc.*)

(3) Place of performance of the services.

(4) Drawings, designs, or specifications when the supplies to be furnished are to be especially manufactured for the Fund in accordance with the drawings, designs, or specifications

(5) Method of shipment or packing of supplies.

(6) Place of delivery

***FOR PROFESSIONAL SERVICES ONLY***

Substitute paragraph (a) of the basic clause with (a) below and add paragraph (f) below.

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in the services to be performed.

(f) No services for which an additional cost or fee will be charged by the Contractor shall be furnished without the prior written authorization of the Contracting Officer.

**I-5. OFFICIALS NOT TO BENEFIT *(SEP 1984).***

No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this contract, or to any benefit arising from it. However, this clause does not apply to this contract to the extent that this contract is made with a corporation for the corporation's general benefit.

**I-6. GRATUITIES *(SEP 1984).***

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or designee determines that the Contractor, its agent, or other representative --

(1) Offered or gave a gratuity (*e.g., an entertainment or gift*) to an official, or employee of the United States or the NAFI, and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) above, the NAFI is entitled to pursue the same remedies as in a breach of the contract.

(d) The rights and remedies of the NAFI provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

**I-7. NEW MATERIAL *(SEP 1984).***

Unless this contract specifies otherwise, the Contractor represents that the supplies and components, including any former Government or NAFI property, are new, including recycled (*not used or reconditioned*) and are not of such age or so deteriorated as to impair their usefulness or safety. If the Contractor believes that furnishing used or reconditioned supplies or components will be in the NAFI's interest, the Contractor shall so notify the Contracting Officer in writing. The Contractor's notice shall include the reasons for the request along with a proposal for any consideration to the NAFI if the Contracting Officer authorizes the use of used or reconditioned supplies or components.

**I-8. VARIATION IN QUANTITY *(SEP 1984).***

A variation in quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified elsewhere in this contract.

**I-9 EXAMINATION OF RECORDS *(SEP 1984)***

(a) This clause is applicable if the amount of this contract exceeds $10,000, and the contract was entered into by means of negotiation. The Contractor agrees that the Contracting Officer or the Contracting Officer's duly authorized representative shall have the right to examine and audit the books and records of the Contractor directly pertaining to the contract during the period of the contract and until the expiration of three years after the final payment under the contract.

(b) The Contractor agrees to include the clause in (a) above, in all subcontracts hereunder that exceed $10,000

I-10. **CONVICT LABOR *(SEP 1984)*.**

The Contractor agrees not to employ any person undergoing sentence of imprisonment in performing this contract except as provided by 18 U.S.C. 4082(c)(2) and Executive Order 11755, December 29, 1973

I-11. **CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION - GENERAL *(SEP 1984)***

*(This clause does not apply to contracts subject to the provisions of the Walsh-Healey Public Contracts Act.)*

This contract, to the extent that it is of a character specified in the Contract Work Hours and Safety Standards Act *(40 U.S.C. 327-333) (The Act)* is subject to the following terms and all other applicable provisions and exceptions of the Act and the regulations of the Secretary of Labor.

(a) **Overtime requirements.** A Contractor or subcontractor shall not require or permit any laborer (including watchmen and guards) or mechanic to work in excess of 8 hours in any calendar day, or 40 hours in any workweek, on any part of the contract work subject to the Act, unless, the Laborer or mechanic receives compensation at a rate not less than 1 1/2 times the basic rate of pay for all hours worked in excess of 8 hours in any calendar day, or 40 hours in any workweek, whichever produces the greater amount of overtime.

(b) **Violation, liability for unpaid wages, and liquidated damages.** If the terms of paragraph (a) above are violated, the Contractor and any subcontractor responsible for the violation shall be liable to any affected employee for unpaid wages. In addition, the Contractor and subcontractor shall be liable to the United States for liquidated damages. These damages are computed for each individual laborer or mechanic at $10 for each calendar day on which the employee was required or permitted to be employed in violation of paragraph (a) above.

(c) **Withholding for unpaid wages and liquidated damages.** The Contracting Officer may withhold or upon written request of an authorized representative of the Department of Labor shall withhold from the Contractor, from any moneys payable on account of work performed by the Contractor or subcontractor under this contract or any other federal contract with the same Prime Contractor, such amounts as may administratively be determined to be necessary to satisfy any liabilities of the Contractor or subcontractor for unpaid wages and liquidated damages as provided in paragraph (b) above

(d) **Subcontract.** The contractor and subcontractors at any lower tier shall insert paragraphs (a) through (d) of this clause in all subcontracts.

(e) **Records.** The Contractor shall maintain payrolls and basic payroll records containing the information specified in 29 CFR 5.5 (c). These records shall be preserved for 3 years from contract completion. The contractor will make the records available for inspection, copying or transcription by authorized representatives of the NAFI and the Department of Labor, and will permit such representatives to interview employees during working hours on the job.

I-12. **WALSH-HEALEY PUBLIC CONTRACTS ACT *(SEP 1984)*.**

If this contract is for the manufacture or furnishing of materials, supplies, articles or equipment in an amount that exceeds or may exceed $10,000, and is subject to the Walsh-Healey Public Contracts Act, as amended *(41 U.S.C. 35-45)*, the following terms and conditions apply:

(a) All representations and stipulations required by the Act and regulations issued by the Secretary of Labor *(41 CFR Chapter 50)* are incorporated by reference. These representations and stipulations are subject to all applicable rulings and interpretations of the Secretary of Labor that are now, or may hereafter, be in effect.

(b) All employees whose work relates to this contract shall be paid not less than the minimum wage prescribed by regulations issued by the Secretary of Labor *(41 CFR 50-202.2)*. Learners, student learners, apprentices, and handicapped workers may be employed at less than the prescribed minimum wage *(41 CFR 50-202.3)* to the same extent that such employment is permitted under Section 14 of the Fair Labor Standards Act *(41 U.S.C. 40)*.

I-13. **EQUAL OPPORTUNITY *(SEP 1984)*.**

(a) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contract and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with subparagraphs (b) (1) through (11) below. Upon request the Contractor shall provide information necessary to determine the applicability of this clause

(b) During performing this contract, the Contractor agrees as follows:

(1) The contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin.

(2) The Contractor shall take affirmative action to ensure that applicants are employed and that employees are treated during employment, without regard to their race, color religion, sex, or national origin. This shall include, but not be limited to,(i) employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v) recruitment or recruitment advertising, (vi) layoff or termination, (vii) rates of pay or other forms of compensation, and (viii)selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall in all solicitations or advertisement for employees placed by on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or worker representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules regulations, or orders of the Secretary of Labor.

(7) The Contractor shall furnish to the contracting agency all information required b Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. Standard Form 100 *(EEO-1)*, or any successor form, is the prescribed form to be filed within 30 days following the award unless filed 12 months preceding the date of award.

(8) The Contractor shall permit access to its books, records, and accounts by the contracting agency or the Office of Federal Contract Compliance Programs *(OFCCP)* the purpose of investigation to ascertain the Contractor's compliance with the applicable rules, regulations, and orders.

(9) If the OFCCP determined that the Contractor is not in compliance with this clause any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government/NAFI contracts, under the procedures authorized in Executive Order 11246, as amended in addition, sanctions may be imposed and remedies involved against the Contractor as provided in Executive Order 11246, as amended, the rule regulations, and orders of the Secretary of Labor, or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagraph (b) through (11) of this clause in every subcontract or purchase order that is not exempt by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that those terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontractor o purchase order as the contracting agency may direct as a means of enforcing the terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor vendor as a result of any direction, the Contractor may request the United States enter into the litigation to protect the interest of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will, be governed by the procedures in 41 CFR Subpart B.

**I-14. AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS *(SEP 1984)*.**

(a) **Definitions.** "Appropriate office of the State employment service system," as used in this clause, means the local office of the Federal-State national system of public employment office assigned to serve the area where the employment opening is to be filled, including the District of Columbia, Guam, Puerto Rico, Virgin Islands, American Samoa, and the Trust Territory of the Pacific Island.

"Openings that the Contractor proposes to fill from within its own organization," as used in this clause, means employment openings for which no one outside the Contractor's organization *(including any affiliates, subsidiaries, and the parent companies)* will be considered and includes any openings that the Contractor proposes to fill from regularly established "recall" lists.

"Openings that the Contractor proposes to fill under a customary and traditional employer-union hiring arrangement," as used in this clause, means employment openings that the Contractor proposes to fill from union halls, under their customary and traditional employer-union hiring relationship.

"Suitable employment openings," as used in this clause--

(1) Includes, but is not limited to, openings that occur in jobs categorized as--

(i) Production and nonproduction;

(ii) Plant and office;

(iii) Laborers and mechanics,

(iv) Supervisory and nonsupervisory;

(v) Technical; and

(vi) Executive, administrative, and professional positions compensated on salary basis of less than $25,000 a year; and

(2) Includes full-time employment, temporary employment of over 3 days, and part-time employment, but not openings that the Contractor proposes to fill from within its own organization or under a customary and traditional employer-union hiring arrangement nor openings in an educational institution that are restricted to students of the institution.

(b) **General.**

(1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against the individual because the individual is a special disabled or Vietnam Era veteran. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise the qualified special disabled and Vietnam Era veterans without discrimination based u their disability or veterans' status in all employment practices such as-

(i) Employment;

(ii) Upgrading;

(iii) Demotion or transfer;

(iv) Recruitment;

(v) Advertising;

(vi) Layoff and termination;

(vii) Rates of pay or other forms of compensation; and

(viii) Selection for training, including apprenticeship

(2) The contractor agrees to comply with the rules, regulations, and relevant orders the Secretary of Labor *(Secretary)* issued under the Rehabilitation Act of 1973 *(29 U.S 793) (the Act)*, as amended.

(c) **Listing openings.**

(1) The Contractor agrees to list all suitable employment openings existing at contract award or occurring during contract performance, at an appropriate office of the State employment service system in the locality where the opening occurs. Those opening include those occurring at any Contractor facility, including one not connected with performing this contract. An independent corporate affiliate is exempt from the requirement.

(2) State and local government agencies holding Federal contracts of $10,000 or more shall also list all their suitable openings with the appropriate office of the State employment service.

(3) The listing of suitable employment openings with the State employment service system is required at least concurrently with using any other recruitment source or effort and involves the obligations of placing a bona fide job order, including accepting refer of veterans and nonveterans. This listing does not require hiring any particular job applicant or hiring from any particular group of job applicants and is not intended to relieve the Contractor from any requirements of Executive orders or regulations concerning nondiscrimination in employment.

(4) Whenever the Contractor becomes contractually bound to the listing terms of the clause, it shall advise the State employment service system, in each State where it has establishments, of the name and location of each hiring location in the State. As long the Contractor is contractually bound to these terms and has so advised the State system, it need not advise the State system of subsequent contracts. The Contractor may advise the State system when it is no longer bound by this contract clause.

(5) Under the most compelling circumstances, an employment opening may not suitable for listing, including situations with (i) the Government's/NAFIs needs cannot reasonably be supplied, (ii) listing would be contrary to national security, or (iii) requirement of listing would not be in the Government's/NAFIs interest.

(d) **Applicability.**

(1) This clause does not apply to the listing of employment openings which occur and are filed outside the 50 states, the District of Columbia, Puerto Rico, Guam, Virgin Islands, American Samoa, and the Trust Territory of the Pacific Islands.

(2) The terms of paragraph (c) above of this clause do not apply to openings that Contractor proposes to fill from within its own organization or under a customary traditional employer-union hiring arrangement. This exclusion does not apply to a particular opening once an employer decides to consider applicants outside of its organization or an employer-union arrangement for that opening.

(e) **Posting.**

(1) The Contractor agrees to post employment notices stating (i) the Contractor obligation under the law to take affirmative action to employ and advance in employment qualified special disabled and veterans of the Vietnam era and (ii) the rights of applicants and employees.

(2) Those notices shall be posted in conspicuous places that are available to employ and applicants for employment. They shall be in a form prescribed by the Director Office of Federal Contract Compliance Program, Department of Labor (*Director*), and provided by or through the Contracting Officer.

(3) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding that the contractor is bound by the terms of the Act, and is committed to take affirmative action to employ and advance in employment qualified special disabled and Vietnam Era veterans.

(f) **Noncompliance.** If the Contractor does not comply with the requirements of this clause appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.

(g) **Subcontracts.** The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations or orders of the Secretary. The Contractor shall act as specified by the Director to enforce the terms, including action for noncompliance.

**I-15. AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS *(SEP 1984).***

*(Applicable to Contracts over $2,500)*

(a) **General.**

(1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against any employee or applicant because of physical or mental handicap. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified handicapped individuals without discrimination based upon their physical or mental handicap in all employment practices such as:

(i) Employment;

(ii) Upgrading;

(iii) Demotion or transfer;

(iv) Advertising;

(v) Layoff or termination;

(vi) Recruitment;

(vii) Rates of pay or other forms of compensation; and

(viii) Selection for training, including apprenticeship.

(2) The Contractor agrees to comply with rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the Rehabilitation Act of 1973 *(29 U.S.C. 793)*, as amended.

(b) **Postings.**

(1) The Contractor agrees to post employment notices stating: (1) the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified handicapped individuals and (ii) The rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are available to employees and applicants for employment. They shall be in a form prescribed by the Director Office of Federal Contract Compliance Program, Department of Labor *(Director)*

(3) The Contractor shall notify each labor union or representative of workers with which it has collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of Section 503 of the Act and is committed to affirmative action to employ, and advance in employment, qualified physically and mentally handicapped individuals.

(c) **Noncompliance.** If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.provided by or through the Contracting Officer under the Rehabilitation Act of 1973 *(29 U.S. 793)(the Act)*, as amended

(d) **Subcontracts.** The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $2,500 unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Director to enforce the terms, including action for noncompliance.

**I-15. BUY AMERICAN ACT, TRADE AGREEMENTS ACT, AND THE BALANCE OF PAYMENTS PROGRAM *(OCT 1984)*.**

(a) This clause implements the Buy American Act *(41 U.S.C. Section 10e-d)*, the Trade Agreements Act of 1979 *(19 U.S.C 2501 et seq)* and the Department of Defense Balance of Payments Program by providing a preference to domestic end products over foreign end products, except for certain foreign end products which meet the requirements for classification as qualifying country and products or as designated country end products. For the purpose of this clause--

(i) "Components" means those articles, materials , and supplies incorporated directly into the end products.

(ii) "Qualifying country component" means (A) an item mined, produced, or manufactured in a participating country or in an FMS/Offset arrangement country when the applicable D&F has been made waiving the Buy American Act restrictions; or (B) a item listed in a defense cooperation country agreement.

(iii) "End product" means those articles, materials and supplies to be acquired for public use under the contract.

(iv) "Domestic end product" means (A) an unmanufactured end product which has been mined or produced in the United States, or (B) an end product manufactured in United States if the cost of its qualifying country components, and its components which are mined, produced, or manufactured in the United States exceed fifty percent *(50%)* the cost of all its components. The cost of components shall include transportation costs to the place of incorporation into the end product and U.S. duty *(whether or not a duty-free entry certificate may be issued)*. A component shall also be considered have been mined, produced, manufactured in the United States *(regardless of its source in fact)* if the end product in which it is incorporated is manufactured in the United State and the component is of a class or kind (A) Determined by the Government to be mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities and of a satisfactory quality, or (B) As to which Secretary concerned has determined that it would be inconsistent with the public interest to apply the restrictions of the Buy American Act.

(v) "Foreign end product" means an end product other than domestic end product.

(vi) "Qualifying country end product" means (A) a participating country end product; (B) and FMS/Offset arrangement country end product when the applicable Determination and Findings has been made Waiving the Buy American Act restrictions, or (C) defense cooperation country agreement listed item.

(vii) "Participating country end product" means (A) an unmanufactured end product mined or produced in a participating country, or (B) and end product manufactured in a participating country if the cost of its qualifying country components and its components combined, produced, or manufactured in the United States exceeds fifty percent *(50%)* of the cost of all its components. The cost of components shall include transportation costs to the place of incorporation into the end product and any duty whether or not duty is, in fact, paid.

(viii) "FMS/Offset arrangement country end product" means (A) an unmanufactured end product mined or produced in an FMS/Offset arrangement country, or (B) an end product manufactured in an FMS/Offset arrangement country if the cost of its qualify country components and its components which are mined, produced, or manufacture in the United States exceeds fifty percent *(50%)* of the cost of all its components. The cost of components shall include transportation costs to the place of incorporation the end product and any duty whether or not duty is, in fact paid. To obtain the waiver necessary to accord preferential treatment for an FMS/Offset arrangement country end product, see the procedures at DOD FAR Supplement 225.7310(c)(2)(i).

(ix) "Defense cooperation country end product" means an item listed in the defense cooperation country agreement and produced in that country.

(x) "Designated country end product" means an article that (A) is wholly the growth product, or manufacture of the designated country, or (B) in the case of an article which consists in whole or in part of materials from another country or instrumentality, has been substantially transformed into a new and different article of commerce with a na charactur, or use distinct from that of the article or articles from which it transformed. The term includes services (except transportation services) incidental to its supply: Provided, That the value of those incidental services does not exceed that of the product itself. It does not include service contracts as such.

(b) The Contractor agrees that there will be delivered under this contract only domestic products unless, in its offer, it specified delivery of foreign end products in the clause entitled Buy American Act, Trade Agreements Act, and Balance of Payments Program Certificate. An offer certifying that a qualifying country end product or a designated country end product will be supplied requires the Contractor to supply a qualifying country end product, a designated country end product, whichever is certified, or, at the Contractor's option, a domestic end product. An offer based on supplying a nonqualifying country end product, if accepted, will permit the Contractor to supply a product without regard to the requirement of this clause; however, Contractors may not supply an end product list at DOD FAR Supplement 225.403(70) with a total value at or above that specified in FAR Subpart 25.4 from a country not listed at FAR 25.401, except as provided at DOD FAR Supplement 225.402(b).

(c) Offers will be evaluated in accordance with the policies and procedures of AR 215-4, and referenced parts of FAR and its supplements.

(d) Generally, when the Buy American Act is applicable, each nonqualifying country offer of defense equipment shall be adjusted for the purpose of evaluation by: (i) adding 50% of the offer, exclusive of duty; (ii) adding 6% of the offer, inclusive of duty, if a domestic offer is from a large business that is not a labor surplus area concern, or (iii) adding 12% of the offer, inclusive of duty, if the domestic offer is from a small business concern or any labor surplus area concern. Evaluation will be inclusive or exclusive of duty whichever results in the greater evaluated price. See DOD FAR Supplement 225.1 for procedures and exceptions

(e) Generally, when the Balance of Payments Program applies, each nonqualifying country offer of defense equipment shall be adjusted for the purpose of evaluation by increasing the offer by 50%. See AR 215-4, and referenced parts of its supplements.

**1-17. CERTAIN COMMUNIST AREAS (*SEP 1984*).**

(a) Unless advance written approval of Contracting Officer is obtained, the Contractor shall not acquire for use in the performance of this contract:

(1) Any Supplies or services originating from source within the Communist area of North Korea, Vietnam, Cambodia, or Cuba; or

(2) Any supplies that are or were located in or transported from or through North Korea, Vietnam, Cambodia, or Cuba

(b) The Contractor agrees to insert the provisions of this clause, including this paragraph (b), in all subcontracts hereunder

**1-18. INSURANCE (*SEP 1984*).**

*(Applicable to contracts over $25,000.)*

(a) The Contractor shall, at its won expense, provide an maintain during the entire performance period of this contract at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract, in no event shall the amount be lesser than the minimum requirements established by applicable state and local regulations and laws.

(b) Before commencing work under this contract, the Contractor shall certify to the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the NAFI's interest shall not be effective (1) for such period as the laws of the States in which the contract is to be performed prescribed at (2) until 30 days after the insurer of the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of the clause, including this paragraph (c), in subcontracts under the contract that requires a work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract At least 5 days before entry of each such subcontractors' personnel on the Government installation, the Contractor furnish (or measure that there has been furnished) to the Contracting Officer a current certificate of insurance, meeting the requirements of paragraph (b) above, for each such subcontractor.

**1-19. TAXES (*SEP 1984*).**

(a) Except as may be otherwise provided in this contract, the contract price includes all taxes, duties or other public changes in effect and applicable to this contract on the contract date, except any tax, duty, or other public charge which by law, regulation or governmental agreement is not applicable to expenditures made by the NAFI or on its behalf, or any tax, duty, or other public charge from which the Contractor, or any subcontractor hereunder, is exempt by law, regulation or otherwise. If any such tax, duty, or other public charge has been included in the contract price through error otherwise, the contract price shall be correspondingly reduced.

(b) If for any reason, after the contract date of execution, the Contractor or subcontractor is relieved in whole or on part from the payment or the burden of any, tax, duty, or other public charge included in the contract price, the contract price shall be correspondingly reduced; or if the Contractor or a "subcontractor is required to pay in whole or in part any tax, duty, or other public charge which was not included in the contract price and which was not applicable at the contract date of execution the contract price shall be correspondingly increased.

(c) No adjustment of less than $100 shall be made in the contract price pursuant to this paragraph

**1-20. PAYMENTS (*1984*).**

The NAFI shall pay the Contractor, upon the submission of proper invoices or vouchers, the prices stipulated in his contract for supplies delivered and accepted or services rendered and accepted, less any deductions provided in this contract Unless otherwise specified in this contract, payments shall be made on partial deliveries accepted by the NAFI if:

(a) The amount due on the deliveries warrants it, or

(b) The Contractor requests it and the amount due to the deliveries is at least $1,000 or 50 percent of the total contract price

**1-21. DISCOUNTS FOR PROMPT PAYMENT (*AUG 1988*).**

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award and will be taken if payment is made within the discount period indicated in the offer by the offeror, As an alternative to offering a prompt payment discount in conjunction with the offer, offerors awarded contracts may include prompt payment discounts on individual invoices

(b) In connection with any discount offered for prompt payment, time shall be computed form (1) the date of completion of performance of the services or delivery of the supplies to the carrier if acceptance is at point of origin, or date of delivery at destination or port of embarkation if delivery and acceptance are at either of these points, or (2) the date a proper invoice or voucher is received in the office specified by the NAFI, if the latter is later than date of performance or delivery. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the date on which a wire transfer was made.

**1-22. INVOICES (*JUN 1989*).**

(a) An invoice is a written request for payment under the contract for supplies delivered or for services rendered. In order to be proper, an invoice must include as applicable the following:

(1) Name and address of the contractor

(2) Invoice date.

(3) Contract number or other authorization for supplies delivered or services performed *(including order number and contract line item number)*

(4) Description, quantity, unit of measure, unit price and extended price of supplies delivered or services performed

(5) Shipping and payment terms *(e.g. shipment number an date of shipment, prompt payment discount terms)*. Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

6) Name and address of contractor official to whom payment is to be sent *(must be the same as that on the contract or on a proper notice of assignment)*

(7) Name *(where practicable)*, title, phone number, mailing address of person to be notified in event of defective invoice

(8) Any other information or documentation required by the contract *(such as evidence of shipment)*

Invoices shall be prepared and submitted in quadruplicate *(one copy shall be marked "original")* unless otherwise specified.

(b) For purposes of determining if interest begins to accrue under the Prompt Payment Act *(Public Law 97-177, as amended by P.L. 100-496)*:

(1) A proper invoice will be deemed to have been received when it is received by the office designated in the contract for receipt of invoices and acceptance of the supplies delivered or services rendered has occurred;

(2) Payment shall be considered made on the date on which check for such payment is dated;

(3) Payment terms *(e.g. "net 20")* offered by the contractor will not be deemed a "required payment date", and

(4) The following periods of time will not be included:

(i) after receipt of an improper invoice and prior to notice of any defect or impropriety, but not to exceed 7 days *(3 days on contracts for meat food products, and 5 days on contracts for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils)*; and

(ii) between the date of a notice of any defect or impropriety and the date a proper invoice is receive. When the notice is in writing, it shall be considered made on the date shown on the notice.

**I-23. EXTRAS *(SEP 1984)*.**

Except as otherwise provided in this contract, no payment for extras shall be made unless such extras and the price therefore have been authorized in writing by the Contracting Officer.

**I-24. ASSIGNMENT OF CLAIMS *(SEP 1984)*.**

The Contractor cannot assign any rights or delegate any obligations under this contract without the prior written permission of the Contracting Officer.

**I-25. DISPUTES *(SEP 1984)*.**

(a) This contract is subject to the rules and regulations promulgated by the Secretary of Defense and Secretary of the Army for NAF contracting.

(b) The contract is not subject to the Contract Disputes Act of 1978 *(41 U.S.C. 601-613)*

(c) All disputes arising under or relating to this contract shall be resolved under this clause.

(d) "Claims" as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under this clause. The submission may be converted to a claim under this clause, by complying with the submission requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(e) (1) A claim by the Contractor shall be made in writing and submitted to the Contracting Officer for a written decision. A claim by the NAFI against the Contractor shall be subject to a written decision by the Contracting Officer.

(2) For Contractor claims exceeding $50,000, the Contractor shall submit with the claim a certification that--

(i) The claim is made in good faith;

(ii) Supporting data are accurate and complete to the best of the Contractor's knowledge and belief; and

(iii) The amount requested accurately reflects the contracts adjustment for which the Contractor believes the NAFI is liable.

(3) (i) If the Contractor is an individual, the certification shall be executed by that individual.

(ii) If the Contractor is not an individual, the certification shall be executed by--

(A) A senior company official in charge at the Contractor's plant or location involved; or

(B) An officer or general partner of the Contractor having overall responsibility for the Conduct of the Contractor's affairs.

(f) For Contract claims of $50,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $50,000, the Contracting Officer must within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(g) The Contracting Officer's decision shall be final unless the Contractor appeals as provided in paragraph (h) of this clause

(h) The Contracting Officer's final decision may be appealed by submitting a written appeal to the Armed Service Board of Contract Appeals with 90 days of receipt of the Contracting Officer's final decision. Decisions of the Armed Services Board of Contract Appeals are final and are not subject to further appeal.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

**I-26. NAFI PROPERTY *(SEP 1984)*.**

The Contractor shall sign a receipt for any property furnished by the NAFI and upon expiration of this contract shall return such property to the NAFI in the same condition as when received, except for fair wear and tear.

(a) Such property will be supplied to the Contractor in a condition suitable for the intended use and in a timely manner.

(b) If property is received in a less than functional state or in a time frame which should delay Contractor's performance, the Contractor shall, upon receipt of property, notify the Contracting Officer, detailing the facts, and as directed by the Contracting Officer and at NAFI expense, either repair, modify, return or otherwise dispose of the property. In the case of an untimely delivery by the NAFI, the Contracting Officer shall make a determination of the delay, if any caused by the NAFI.

(c) The Contracting Officer shall, upon written notification from the Contractor of any such discrepancies, make and equitable adjustment for such expenses incurred by the contractor.

(d) After completion of the contract, if any such property is lost, damaged or destroyed by the Contractor, the NAFI shall be paid the cost of repairs of damages or the fair market value of the property as determined by the Contracting Officer.

**I-27. INSPECTION AND ACCEPTANCE *(SEP 1984)*.**

Inspection and acceptance will be at destination, unless otherwise provided. Until delivery and acceptance and after any rejections, risk of loss will be on the Contractor unless loss results from negligence of the NAFI.

**I-28. TERMINATION FOR CONVENIENCE *(SEP 1984)*.**

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the best interest of the NAFI. If this contract is for supplies and is so terminated, the Contractor shall be compensated in accordance with AR 215-4, Chapter 7, Section IV. To the extent that this contract is for services, and is so terminated, the NAFI shall be liable only for payment in accordance with the payment provisions of this contract for services rendered prior to the effective date of termination.

**I-29. TERMINATION FOR DEFAULT *(APR 87)*.**

(a) (1) The NAFI may, subject to paragraphs (c) and (d) below, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract *(but see subparagraph (a)(2) below)*, or

(iii) Perform any of the other provision of this contract *(but see subparagraph (a)(2) below)*

(2) The NAFI's right to terminate this contract under subdivisions (i)(ii) and (i)(iii) above may be exercised if the Contractor does not cure such failure within 10 days *(or ore authorized in writing by the Contracting Officer)* after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the NAFI terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate supplies or services similar to those terminated, and the Contractor will be liable to the NAFI for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any time, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or the public enemy, (2) acts of the Government/NAFI in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the NAFI may require the Contractor to transfer title and deliver to the NAFI, as directed by the Contracting Officer, any

(1) Completed supplies, and

(2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans drawings, information, and contract rights *(collectively referred to as "manufacturing materials" in this clause)* that the Contractor has specifically produced or acquired the termination portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the NAFI has an interest.

(f) The NAFI shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes Clause. The NAFI may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the NAFI against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the NAFI.

(h) The rights and remedies of the NAFI in this clause are in addition to any other rights and remedies provided by law or under this contract.

**I-30. COMMERCIAL WARRANTY** *(SEP 1984).*

The Contractor agrees that the supplies or services furnished under this contract shall been covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services and that the rights and remedies provided herein are in addition to and do not limit any rights afforded to the NAFI by any other clause of this contract.

**I-31. ACCIDENT PREVENTION, FIRE PROTECTION, AND SANITATION** *(SEP 1984).*

If this contract is performed in whole or in part on premises owned or under the control of the United States Government and/or the NAFI, the Contractor shall conform to all safety regulations and requirements concerning such premises in effect any time during the performance of the contract and take all necessary steps and precautions to prevent accidents. Any violation of safety regulations, unless immediately corrected as directed by the Contracting Officer, shall be grounds for termination of the Contract under the "Termination For Default" clause

**I-32. RESERVED.**

**I-33. NON-WAIVER OF DEFAULTS** *(SEP 1984).*

Any failure by the NAFI at any time, or from time to time, to enforce or require strict performance of any terms or conditions of this contract will not constitute waiver thereof and will not affect or impair such terms or conditions in any way or the NAFI's right at any time to avail itself of such remedies as it may have for any breech or breeches of such terms and conditions

**I-34. PERMITS AND LICENSES** *(SEP 1984).*

The Contractor will obtain all necessary permits and licenses at no cost to the NAFI.

**I-35 REMOVAL OF CONTRACTOR'S EMPLOYEES** *(SEP 1984).*

The Contractor agrees to utilize only experienced, responsible and capable people in the performance of the work. The Contracting Office may require that the Contractor remove employees who endanger persons or property, or whose continued employment under this contract is inconsistent with the interests of military security.

**I-36 SAVE HARMLESS** *(SEP 1984).*

The Contractor shall save harmless the NAFI and the United States Government from any claims of third parties arising out or from accidents or incidents involving acts or omissions of the contractor, its officers, agents, or employees, occurring as a result of performance of the terms and conditions of this contract or as a result of operation of NAFI furnished equipment or materials, if any, or of the performance of the services under this contract.

**I-37 SERVICE CONTRACT ACT OF 1965** *(SEP 1984).*

*(Applicable to service contracts in excess of $2,500 only)*

This contract is subject to the Service Contract Act of 1965, as amended *(41 USC 351 et seq.)* and is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor issued thereunder *(29 CFR Part 4)*.

(a) **Compensation.**

(1) Each service employee employed in the performance of this contract by the Contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract

(2) If there is such a wage determination attached to this contract, the Contract Officer shall require that any class of service employee which is not listed therein which is to be employed under the contract *(i.e., the work to be performed is not performed by any classification listed in the wage determination),* be classified by the Contractor so as to provide a *reasonable relationship (i.e., appropriate level of skill comparison)* between such unclassified and the classification listed in the wage determination. Such conformed class of employees shall be paid the monetary wage and furnished the fringe benefits as are determined pursuant to the procedures in this action.

(3) Such conforming procedure shall be initiated by the Contractor prior to the contract work by such unlisted class of employee. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative the employees themselves, shall be submitted by the Contractor to the Contracting Officer not later than thirty *(30)* days after such unlisted class of employees performed contract work. The Contracting Officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and pertinent information, including the position of the Contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department Labor, for review. The Wage and Hour Division will approve, modify, or disapprove the action or render a final determination in the event of disagreement with 30 days receipt or will notify the Contracting Officer within 30 days of receipt that additional time is necessary.

(4) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the Contracting Officer who shall promptly notify the Contractor of the action taken. Each affected employee shall be furnished by the Contractor with a written copy of such determination or it shall be posted as part of the wage determination

(5) The process of establishing wage and fringe benefits rates that bear a reasonable relationship to those listed in a wage determination cannot be reduced to any single formula. The approach used may vary from wage determination to wage determination depending of the circumstances. Standard wage and salary administration practice which rank various job classifications by pay grade pursuant to point schemes or other job factors may, for example, be relied upon. Guidance may also be obtained from the way different jobs are rated under Federal pay systems *(Federal Wage Board Pay System and the General Schedule)* or from other wage determinations issued in the same locality. Basic to the establishment of any conformable wage rate(s) is the concept that a pay relationship should be maintain between job classifications based on the skill required and the duties performed (In the case of a contract modification, an exercise of an option or existing contract or in any other case where a contractor succeeds a contract under which the classification in question was previously conformed pursuant to this section, a new conformed wage rate and fringe benefits may be assigned to such conforming classification by indexing *(i.e., adjusting)* the previous conformed rate and fringe benefits by an amount equal to the average *(mean)* percentage increase (or decrease, where appropriate) between the wages and fringe benefits specified for all classifications to be used on the contract which are listed in the current wage determination, an those specified for the corresponding classifications in the previously applicable wage determination. Where conforming actions are accomplished in accordance with this paragraph prior to the performance of contract work by the unlisted class of employees. The Contractor shall advise the Contracting Officer of the action taken, but the other procedures in paragraph (a)(3) of the clause need not be followed

(7) No employee engaged in performing work on this contract shall in any event be paid less than the currently applicable minimum wage specified under section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended.

(8) The wage rate and fringe benefits finally determined pursuant to paragraphs (a) and (3) of this clause shall be paid to all employees performing in the classification from the first day on which contract work is performed by them in the classification. Failure to pay such unlisted employee is compensation agreed by the interested parties an finally determined by the Wage and Hour Division retroactive to the date such class employees commenced contract work shall be a violation of the Act and this contract.

(9) Upon discovery of failure to comply with paragraph (a)(2) through (8) of this clause the Wage and Hour Division shall make a final determination of conformed classifications, wage rate, and/or fringe benefits which shall be retroactive to the date such class of employees commenced contract work.

(b) **Adjustment of Compensation.** If, as authorized pursuant to section 4(d) of the Service Contract Act of 1965 as amended, the term of this contract is more than one (1) year, the minimum monetary wages and fringe benefits required to be paid or furnished thereunder to service employees shall be subject to adjustment after 1 year and not less often than once every 2 year, pursuant to wage determinations to be issued by the Wage and Hour Division, Employment Standards Administration of the Department of Labor as provided in such Act.

(c) **Obligation to Furnish Fringe Benefits.** The Contractor or subcontractor may discharge the obligation to furnish fringe benefits specified in the attachment or determined conformably thereto by furnishing any equivalent combinations of bona fide fringe benefits, or by making equivalent or differential payments in cash in accordance with the applicable rules set forth in Subpart D of 29 CFR part 4, and not otherwise.

(d) **Minimum Wage.** In the absence of a minimum wage attachment for this contract, neither the Contractor nor any subcontractor under this contract shall pay any person performing work under the contract (regardless of whether they are service employees) less than the minimum wage specified by section 6(a)(1) of the Fair Labor Standards Act of 1938. Nothing in this provision shall relieve the contractor or any subcontractor of any other obligation under law or contract for the payment of a higher wage to any employee.

(e) **Successorship.** If this contract succeeds a contract, subject to the Service Contract Act of 1965 as amended, under which substantially the same services were furnished in the same locality and service employees were paid wages and fringe benefits provided for in a collective bargaining agreement, in the absence of the minimum wage attachment for his contract setting forth such collectively bargained wage rates and fringe benefits, neither the Contractor nor any subcontractor under the contract shall pay any service employee performing any of the contract work *(regardless of whether or not such employee was employed under the predecessor contract)*, less than the wages an fringe benefits provided for in such collective bargaining agreements, to which such employee would have been entitled if employed under the predecessor contract, including accrued wages and fringe benefits and any prospective increases in wages and fringe benefits provided for under such agreement. No contractor or subcontractor under this contract may be relieved of the foregoing obligation unless the limitations of 4.1b(b) of 29 CFR Part 4 apply or unless the Secretary of Labor or his authorized representative find, after hearing as provided in 4.10 of 29 CFR Part 4 that the wages and/or fringe benefits provided for such agreement are substantially at variance with those which prevail for services of a character similar in the locality, or determines, as provided in 4.11 of 29 CFR Part 4, that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into as a result of arm's-length negotiations. Where it is found in accordance with the review procedures provided in 29 CFR 4.10 and/or 4.11 and Parts 6 and 8 that some or all of the wages and/or fringe benefits contained in a predecessor contractor's collective bargaining agreement are substantially at variance with those which prevail for services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into a result of arm's-length negotiations the Department will issue a new or revised wage determination, setting forth the wage rates and fringe benefits. Such determination shall be made part of the contract or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Board of Service Contract Appeals, as the case may be irrospective of whether such issuance occurs prior to or after the award of a contract or subcontract, 53 Comp. Gen. 401 *(1973)*. In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as of the date of the final administrative decision.

(f) **Notification to Employees.** The Contractor and any subcontractor shall notify each service employee commencing work on this contract of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor *(Publication WH 1313)* shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a)(4) of the Act and of this contract.

(g) **Safe and Sanitary Working Conditions.** The Contractor or subcontractor shall not permit any part of the services called for by this contract to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the contractor or subcontractor which are unsanitary or hazardous or dangerous to the health or safety of service employees engaged to furnish these services and the Contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR Part 1925.

(h) **Records and Employees Interview.**

(1) The Contractor and each subcontractor performing work subject to the Act shall make and maintain for three (3) years from the completion of the work record containing the information specified below for each employee subject to the Act a shall make them available for inspection and transcription by authorized representative of the Wage and Hour Division, Employment Standards Administration of the U.S. Department of Labor.

(i) Name and address and social security number of each employee.

(ii) The correct work classification or classifications, rate or rates, benefits payments in lieu thereof, and total daily and weekly compensation of each employee.

(iii) The number of daily and weekly hours so worked by an employee.

(iv) Any deductions, rebates, or refunds from the total daily or weekly compensation of each employee.

(v) A list of monetary wages and fringe benefits for those classes of service employees not included in the wage determination attached to this contract b for which such wage rates or fringe benefits have been determined by the interested parties or by the Administrator or authorized representative pursuant to paragraph (a) of this clause. A copy of the report required by paragraph (a)(3) of this clause shall be deemed to be such a list.

(vi) Any list of the predecessor contractor's employees which had been furnished to the Contractor pursuant to paragraph (o) of this clause

(2) The Contractor shall also make available a copy of this contract for inspection or transcription by authorized representatives of the Wage and Hour Division

(3) Failure to make and maintain or to make available such records for inspection an transcription shall be a violation of the regulation and this contract, and in the case failure to produce such records, the Contracting Officer, upon direction of the Department of Labor and notification of the Contractor, shall take such action to cause suspension of any further payment or advance of funds until such violation ceases.

(4) The Contractor shall permit authorized representatives of the Wage and Hour Division to conduct interviews with employees at the worksite during normal working hours.

(i) **Pay Periods.** The contractor shall unconditionally pay to each employee subject to the Act all wages due free and clear and without subsequent deduction *(except as otherwise provided by law or regulations. 29 CFR part 4)*, rebate, or kickback on any accounts. Such payments shall be made no later than one pay period following the end of the regular pay period in which such wages were earned or accrued. A pay period under this Act may not be of any duration longer than semi-monthly.

(j) **Withholding of Payment and Termination of Contract.** The Contracting Officer shall withhold or cause to be withheld from the Government/NAFI prime Contractor under this or any other Government/NAFI contract with the prime Contractor such sums as an appropriate official of the Department of Labor requests or such sums as the Contracting Officer decides may be necessary to pay under paid employees employed by the Contractor or subcontractor in the event of failure to pay any employees subject to the Act all or part of the wages or fringe benefits due under the Act, the agency may, after authorization or by direction of the Department of Labor and written notification to the Contractor, take action to cause suspension of any further payment or advance of funds until such violations have ceased. Additionally, any failure to comply with the requirements of these clauses relating to the Service Contract Act of 1965, may be grounds for termination of the right to proceed with the contract work. In such event, the Government/NAFI may enter into other contracts or arrangements for completion of the work, charging the contractor in default with any additional cost.

(k) **Subcontractors.** The Contractor agrees to insert these clauses in this section relating to the Service Contract Act of 1965 in all subcontracts subject to the Act. The term "Contractor" as used in these clauses in any subcontract, shall be deemed to refer to the subcontractor, except in the term "Government/NAFI prime Contractor".

(l) **Service Employee.** As used in this clause, the term "service employee" means any person engaged in the performance of this contract other than any person employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in Part 541 of Title 29, Code of Federal Regulations, as of July 30, 1976, and any subsequent revision of those regulations. The term "service employee" includes all such persons regardless of any contractual relationship that may be alleged to exist between a contractor or subcontractor and such persons

(m) **Federal Wage Board *(Blue Collar)* and General Schedule *(White Collar)* Wages and Fringe Benefits Applicable to Service Employee Classifications.** The following statement is included in contracts pursuant to section 2(a)(5) of the Act and is for informational purposes only:

The following classes of service employees to be employed under the contract with the Government/NAFI would be subject, if employed by the contracting agency, to the provisions of 5 U.S.C. 5341 or 5 U.S.C. 5332 and would, if so employed, be paid not less than the following rates of wages and fringe benefits:

| EMPLOYEE CLASS | MONETARY WAGE-FRINGE BENEFIT |
|---|---|
| | |
| | |
| | |

(n) **Collective Bargaining Agreements Applicable to Service Employees.** If wages to be paid or fringe benefits to be furnished any service employees employed by the Government/NAFI prime Contractor or any subcontractor under the contract are provided for in a collective bargaining agreement which is or will be effective during any period in which the contract is being performed, the Government/NAFI prime Contractor shall report such fact to the Contracting Officer, together with full information as to the application and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of contract performance, such agreements shall be reported promptly after negotiation thereof.

(o) **Seniority List.** Not less than (10) days prior to completion of any contract being performed at a Federal facility where service employees may be retained in the performance or the succeeding contract and subject to a wage determination which contains vacation or other benefit provisions based upon length of service with a Contractor *(predecessor)* or successor *(4.173 of Regulations, 29 CFR Part 4)*, the incumbent prime Contractor shall furnish to the Contracting Officer a certified list of the names of all service employees on the Contractor's or subcontractor's payroll during the last month of contract performance. Such list shall also contain anniversary dates of employment on the contract either with the current or predecessor contractors of each such service employee. The Contracting Officer shall turn over such list to the successor contractor at the commencement of the succeeding contract

(p) **Regulations Incorporated by Reference.** Rulings and interpretations of the Service Contract Act of 1965, as amended, are contained in Regulations, 29 CFR Part 4 and are hereby incorporated by reference in this contract.

(q) **Contractor's Certificate.**

(1) By entering into this contractor, the contractor *(and officials thereof)* certifies that neither it *(nor he or she)* or any person or firm who has a substantial interest in the Contractor's firm is a person or firm ineligible to be awarded Government/NAFI contracts virtue of the sanctions imposed pursuant to section 5 of the Act.

(2) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government/NAFI contract pursuant to section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S. Criminal Code, 1 U.S.C. 1001.

(r) **Variations, Tolerances, and Exemptions Involving Employment.** Not withstanding any of provisions in paragraph (a) through (p) of this clause relating to the Service Contract Act of 1965, the following employees may be in accordance with the following variations, tolerances, and exemptions, which the Secretary of Labor, pursuant to section 4(b) of the Act prior to its amendment by Public Law 92-473, found to be necessary and proper in the public interest or to avoid serious impairment of the conduct of Government/NAFI business.

(i) Apprentices, student-learners, and workers whose earning capacity is impaired by age, physical, or mental deficiency or injury may be employed wages lower than the minimum wages otherwise required by section 2(a)(1) or 2(b)(1) of the Service Contract Act without diminishing any fringe benefits, cash payments in lieu thereof required under section 2(a)(2) of that Act, in accordance with the conditions and procedures prescribed for the employment of apprentices, student-learners, handicapped clients of sheltered workshops under section 14 of the Fair Standards Act of 1938, in the regulations issued by the Administrator *(29 CFR Parts 520, 521, 524, and 525)*.

(ii) The Administrator will issue certificates under the Service Contract Act for the employment of apprentices, student learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Lab Standards Act of 1938, or subject to different minimum rates of pay under the two acts authorizing appropriate rates of minimum wages *(but without changing requirements concerning fringe benefits or supplementary cash payments in lieu thereof)* applying procedures prescribed by he applicable regulations issued under the Fair Labor Standards Act of 1938 *(29 CFR Parts 520, 521, 524, an 525)*.

(iii) The Administrator will also withdraw, annual, or cancel such certificates accordance with the regulations in Parts 525 and 526 of Title 26 of the Code of Federal Regulations.

(s) **Apprentices.** Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, Employment , and Training Administration, U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set fourth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeyman employed on he contract work in any craft classification shall no be greater than the ratio permitted to the contractor as to his entire work force under the registered program.

(t) **Tips.** An employee engaged in an occupation in which he or she customarily and regularly receives more than thirty dollars ($30) a month in tips may have the amount of tips may have the amount of tips credited by the employer against the minimum wage required by section 2(a)(1) or section 2(b)(1) of the Act in accordance with section 3(m) of the Fair Labor Standards Act and Regulations, 29 CFR Part 531; Provided, however, that the amount of such credit may not exceed $1.24 per hour after December 31, 1960. To utilize this provision:

(i) The employer must inform tipped employee about this tip credit allowance before the credit is utilized;

(ii) The employees must be allowed to retain all tips (individually or through pooling arrangement and regardless of whether the employer elects to take credit for tips received);

(iii) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit;

(iv) The use of such tip credit must have been permitted under any predecessor collective bargaining agreements applicable by virtue of section 4(c) of the Act.

(u) **Disputes Concerning Labor Standards.** Disputes arising out of the labor provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 4, 6 and 8. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor or the employees or their representatives.

**I-38. SERVICE CONTRACT ACT OF 1965 *(SEP 1984)*.**

*(Applicable to Service Contracts not in excess of $2,500.)*

Except to the extent that an exemption, variation or tolerance would apply if this were a contract in excess of $2,500, the contractor and subcontractor hereunder shall pay all of the employees engaged in performing work on the contract not less than the minimum wage specified under section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended. Regulations and interpretations of the Service Contract Act of 1965, as amended, are contained in 29 CFR Part 4 and are hereby incorporated by reference in this contract.

## SECTION I (continued) CONTRACT CLAUSES

### I-38 OPTION TO EXTEND THE TERM OF THE CONTRACT

(a) The Government may extend the term of this contract by written notice to the Contractor within thirty (30) days before the contract is to expire; provided that the Government shall give the contractor a preliminary written notice of its intent to extend at least sixty (60) days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any option under this clause, shall not exceed five years.

**SECTION J**

## LIST OF ATTACHMENTS

J-1 APPENDIX A FUND-OWNED EOUIPMENT

(See Appendix A - 1 page)

J-2 APPENDIX B OFFEROR SUBMISSIONS REQUIRED

(See Appendix B - 1 page)

## APPENDIX A

### FUND OWNED EQUIPMENT

| ITEM: | QUANTITY |
|---|---|
| Cash Registers | 1 |
| Bar stools | 12 |
| Pub Chairs (mate) | 24 |
| Glass door (2) reach in refrigerator | 1 |
| Round tables (36") | 6 |

### INSTALLATION OWNED EQUIPMENT

| | |
|---|---|
| Television, 52" ,Ser# 221280579 | 1 |

**APPENDIX B**

OFFEROR SUBMISSIONS REQUIRED

**AT TIME OF AWARD**

1. Offeror's Qualifications:

a. Narrative statement listing comparable establishments operated and/or managed during the last two years.

b. General history of operating organization and complete experience.

2. Completed Request for Proposal, DA Form 4069-R, including:

Any supporting documentation/evidence for the five criteria used in evaluation of offers (see Section M).

**PRIOR TO BEGINNING CONTRACT**

1. Listing of manufacturers and brand names of products to be used in janitorial work.

2. Required Certificate of Insurance.

**WITHIN 30 DAYS AFTER RECEIPT OF NOTICE TO PROCEED**

1. Evidence of contractor's capability to maintain CWFC owned equipment.

2. Acceptance preventative maintenance schedule.

3. Evidence of contractor capability, or contract by private cleaning company, for janitorial services.

**MONTHLY**

1. Commission fee payment, to be mailed to:

Devens RFTA
ATTN: Civilian Welfare Fund Council
30 Quebec Street, Box 6
Devens, MA 01432-4429

WAGE DETERMINATION NO: 94-2255 REV (13) AREA: MA,BOSTON

```
WAGE DETERMINATION NO: 94-2255 REV (13) AREA: MA,BOSTON
***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***
REGISTER OF WAGE DETERMINATION UNDER     |      U.S. DEPARTMENT OF LABOR
     THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |       WAGE AND HOUR DIVISION
                                         |       Washington, D.C. 20210
                                         |
                                         | Wage Determination No.: 94-2255
                                         |           Revision No.: 13
Division of        Wage Determinations   |  Date of Last Revision: 06/18/1999
```

| State): Massachusetts |
| Areas: Massachusetts COUNTIES OF Bristol, Essex, Middlesex, Norfolk, Plymouth, Suffolk, Worcester
| 1/

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| **Administrative Support and Clerical Occupations:** | |
| 01011 Accounting Clerk I | $ 11.05 |
| 01012 Accounting Clerk II | $ 12.06 |
| 01013 Accounting Clerk III | $ 12.97 |
| 01014 Accounting Clerk IV | $ 16.05 |
| 01030 Court Reporter | $ 14.22 |
| 01050 Dispatcher, Motor Vehicle | $ 14.22 |
| 01060 Document Preparation Clerk | $ 12.52 |
| 01070 Messenger (Courier) | $ 9.41 |
| 01090 Duplicating Machine Operator | $ 12.52 |
| 01110 Film/Tape Librarian | $ 12.82 |
| 01115 General Clerk I | $ 9.41 |
| 01116 General Clerk II | $ 10.57 |
| 01117 General Clerk III | $ 12.52 |
| 01118 General Clerk IV | $ 14.52 |
| 01120 Housing Referral Assistant | $ 15.54 |
| 01131 Key Entry Operator I | $ 11.14 |
| 01132 Key Entry Operator II | $ 13.63 |
| 01191 Order Clerk I | $ 10.15 |
| 01192 Order Clerk II | $ 12.16 |
| 01261 Personnel Assistant (Employment) I | $ 11.99 |
| 01262 Personnel Assistant (Employment) II | $ 13.47 |
| 01263 Personnel Assistant (Employment) III | $ 14.70 |
| 01264 Personnel Assistant (Employment) IV | $ 17.43 |
| 01270 Production Control Clerk | $ 15.54 |
| 01290 Rental Clerk | $ 12.82 |
| 01300 Scheduler, Maintenance | $ 12.82 |
| 01311 Secretary I | $ 12.82 |
| 01312 Secretary II | $ 14.22 |
| 01313 Secretary III | $ 15.54 |
| 01314 Secretary IV | $ 16.47 |
| 01315 Secretary V | $ 21.82 |
| 01320 Service Order Dispatcher | $ 12.82 |
| 01341 Stenographer I | $ 10.49 |
| 01342 Stenographer II | $ 12.82 |
| 01400 Supply Technician | $ 16.47 |
| 01420 Survey Worker (Interviewer) | $ 14.22 |
| 01460 Switchboard Operator-Receptionist | $ 11.82 |

| | |
|---|---|
| 01510 Test Examiner | $ 14.22 |
| 01520 Test Proctor | $ 14.22 |
| 01531 Travel Clerk I | $ 9.12 |
| 01532 Travel Clerk II | $ 9.86 |
| 01533 Travel Clerk III | $ 10.62 |
| 01611 Word Processor I | $ 12.94 |
| 01612 Word Processor II | $ 14.12 |
| 01613 Word Processor III | $ 16.70 |
| Automatic Data Processing Occupations: | |
| 03010 Computer Data Librarian | $ 12.16 |
| 03041 Computer Operator I | $ 12.16 |
| 03042 Computer Operator II | $ 13.60 |
| 03043 Computer Operator III | $ 16.48 |
| 03044 Computer Operator IV | $ 20.75 |
| 03045 Computer Operator V | $ 23.24 |
| 03071 Computer Programmer I 3/ | $ 15.96 |
| 03072 Computer Programmer II 3/ | $ 18.22 |
| 03073 Computer Programmer III 3/ | $ 21.61 |
| 03074 Computer Programmer IV 3/ | $ 26.06 |
| 03101 Computer Systems Analyst I 3/ | $ 21.25 |
| 03102 Computer Systems Analyst II 3/ | $ 26.39 |
| 03103 Computer Systems Analyst III 3/ | $ 26.92 |
| 03160 Peripheral Equipment Operator | $ 12.16 |
| Automotive Service Occupations: | |
| 05005 Automobile Body Repairer, Fiberglass | $ 17.15 |
| 05010 Automotive Glass Installer | $ 15.69 |
| 05040 Automotive Worker | $ 15.69 |
| 05070 Electrician, Automotive | $ 16.44 |
| 05100 Mobile Equipment Servicer | $ 14.22 |
| 05130 Motor Equipment Metal Mechanic | $ 17.15 |
| 05160 Motor Equipment Metal Worker | $ 15.69 |
| 05190 Motor Vehicle Mechanic | $ 16.72 |
| 05220 Motor Vehicle Mechanic Helper | $ 13.44 |
| 05250 Motor Vehicle Upholstery Worker | $ 14.93 |
| 05280 Motor Vehicle Wrecker | $ 15.69 |
| 05310 Painter, Automotive | $ 16.44 |
| 05340 Radiator Repair Specialist | $ 15.69 |
| 05370 Tire Repairer | $ 14.22 |
| 05400 Transmission Repair Specialist | $ 17.15 |
| Food Preparation and Service Occupations: | |
| 07010 Baker | $ 12.61 |
| 07041 Cook I | $ 11.40 |
| 07042 Cook II | $ 12.57 |
| 07070 Dishwasher | $ 8.91 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 8.91 |
| 07130 Meat Cutter | $ 12.57 |
| 07250 Waiter/Waitress | $ 9.46 |
| Furniture Maintenance and Repair Occupations: | |
| 09010 Electrostatic Spray Painter | $ 16.44 |
| 09040 Furniture Handler | $ 12.70 |
| 09070 Furniture Refinisher | $ 16.44 |
| 09100 Furniture Refinisher Helper | $ 13.44 |
| 09110 Furniture Repairer, Minor | $ 14.93 |
| 09130 Upholsterer | $ 16.44 |
| General Service and Support Occupations: | |
| 11030 Cleaner, Vehicles | $ 9.04 |
| 11060 Elevator Operator | $ 8.91 |
| 11090 Gardener | $ 11.40 |
| 11121 Housekeeping Aide I | $ 8.37 |
| 11122 Housekeeping Aide II | $ 8.91 |
| 11150 Janitor | $ 8.91 |
| 11210 Laborer, Grounds Maintenance | $ 9.46 |
| 11240 Maid or Houseman | $ 11.40 |
| 11270 Pest Controller | $ 11.96 |
| 11300 Refuse Collector 3/ | $ 8.91 |

| | | |
|---|---|---|
| 11330 | Tractor Operator | $ 10.76 |
| 11360 | Window Cleaner | $ 9.57 |
| Health Occupations: | | |
| 12020 | Dental Assistant | $ 10.78 |
| 12040 | Emergency Medical Technician/Paramedic Ambulance Driver | $ 12.01 |
| 12071 | Licensed Practical Nurse I | $ 13.90 |
| 12072 | Licensed Practical Nurse II | $ 15.60 |
| 12073 | Licensed Practical Nurse III | $ 17.45 |
| 12100 | Medical Assistant | $ 9.64 |
| 12130 | Medical Laboratory Technician | $ 9.64 |
| 12160 | Medical Record Clerk | $ 9.64 |
| 12190 | Medical Record Technician | $ 13.36 |
| 12221 | Nursing Assistant I | $ 8.29 |
| 12222 | Nursing Assistant II | $ 9.32 |
| 12223 | Nursing Assistant III | $ 9.80 |
| 12224 | Nursing Assistant IV | $ 11.41 |
| 12250 | Pharmacy Technician | $ 12.02 |
| 12280 | Phlebotomist | $ 9.64 |
| 12311 | Registered Nurse I | $ 16.64 |
| 12312 | Registered Nurse II | $ 22.79 |
| 12313 | Registered Nurse II, Specialist | $ 22.79 |
| 12314 | Registered Nurse III | $ 27.57 |
| 12315 | Registered Nurse III, Anesthetist | $ 27.57 |
| 12316 | Registered Nurse IV | $ 33.05 |
| Information and Arts Occupations: | | |
| 13002 | Audiovisual Librarian | $ 16.47 |
| 13011 | Exhibits Specialist I | $ 16.19 |
| 13012 | Exhibits Specialist II | $ 20.58 |
| 13013 | Exhibits Specialist III | $ 25.17 |
| 13041 | Illustrator I | $ 16.19 |
| 13042 | Illustrator II | $ 20.58 |
| 13043 | Illustrator III | $ 25.17 |
| 13047 | Librarian | $ 21.82 |
| 13050 | Library Technician | $ 14.22 |
| 13071 | Photographer I | $ 12.36 |
| 13072 | Photographer II | $ 16.19 |
| 13073 | Photographer III | $ 20.58 |
| 13074 | Photographer IV | $ 25.17 |
| 13075 | Photographer V | $ 30.44 |
| Laundry, Drycleaning, Pressing and Related Occups: | | |
| 15010 | Assembler | $ 7.09 |
| 15030 | Counter Attendant | $ 7.09 |
| 15040 | Dry Cleaner | $ 9.40 |
| 15070 | Finisher, Flatwork, Machine | $ 7.09 |
| 15090 | Presser, Hand | $ 7.09 |
| 15100 | Presser, Machine, Drycleaning | $ 7.09 |
| 15130 | Presser, Machine, Shirts | $ 7.09 |
| 15160 | Presser, Machine, Wearing Apparel, Laundry | $ 7.09 |
| 15190 | Sewing Machine Operator | $ 10.15 |
| 15220 | Tailor | $ 10.95 |
| 15250 | Washer, Machine | $ 7.88 |
| Machine Tool Operation and Repair Occupations: | | |
| 19010 | Machine-Tool Operator (Toolroom) | $ 16.64 |
| 19040 | Tool and Die Maker | $ 19.66 |
| Materials Handling and Packing Occupations: | | |
| 21010 | Fuel Distribution System Operator | $ 14.22 |
| 21020 | Material Coordinator | $ 14.51 |
| 21030 | Material Expediter | $ 14.51 |
| 21040 | Material Handling Laborer | $ 11.26 |
| 21050 | Order Filler | $ 12.06 |
| 21071 | Forklift Operator | $ 13.06 |
| 21080 | Production Line Worker (Food Processing) | $ 13.06 |
| 21100 | Shipping/Receiving Clerk | $ 11.68 |
| 21130 | Shipping Packer | $ 11.68 |
| 21140 | Store Worker I | $ 10.22 |

| | |
|---|---|
| 21150 Stock Clerk (Shelf Stocker; Store Worker II) | $ 11.78 |
| 21210 Tools and Parts Attendant | $ 13.06 |
| 21400 Warehouse Specialist | $ 12.52 |
| Mechanics and Maintenance and Repair Occupations: | |
| 23010 Aircraft Mechanic | $ 17.15 |
| 23040 Aircraft Mechanic Helper | $ 13.44 |
| 23050 Aircraft Quality Control Inspector | $ 17.80 |
| 23060 Aircraft Servicer | $ 14.93 |
| 23070 Aircraft Worker | $ 15.69 |
| 23100 Appliance Mechanic | $ 16.44 |
| 23120 Bicycle Repairer | $ 14.22 |
| 23125 Cable Splicer | $ 17.15 |
| 23130 Carpenter, Maintenance | $ 16.44 |
| 23140 Carpet Layer | $ 15.69 |
| 23160 Electrician, Maintenance | $ 18.04 |
| 23181 Electronics Technician, Maintenance I | $ 11.59 |
| 23182 Electronics Technician, Maintenance II | $ 16.04 |
| 23183 Electronics Technician, Maintenance III | $ 17.89 |
| 23260 Fabric Worker | $ 14.93 |
| 23290 Fire Alarm System Mechanic | $ 17.15 |
| 23310 Fire Extinguisher Repairer | $ 14.22 |
| 23340 Fuel Distribution System Mechanic | $ 17.15 |
| 23370 General Maintenance Worker | $ 15.69 |
| 23400 Heating, Refrigeration and Air-Conditioning Mechanic | $ 17.15 |
| 23430 Heavy Equipment Mechanic | $ 17.15 |
| 23440 Heavy Equipment Operator | $ 17.49 |
| 23460 Instrument Mechanic | $ 17.15 |
| 23470 Laborer | $ 12.09 |
| 23500 Locksmith | $ 16.44 |
| 23530 Machinery Maintenance Mechanic | $ 16.85 |
| 23550 Machinist, Maintenance | $ 16.80 |
| 23580 Maintenance Trades Helper | $ 13.44 |
| 23640 Millwright | $ 17.15 |
| 23700 Office Appliance Repairer | $ 16.44 |
| 23740 Painter, Aircraft | $ 16.44 |
| 23760 Painter, Maintenance | $ 16.44 |
| 23790 Pipefitter, Maintenance | $ 17.04 |
| 23800 Plumber, Maintenance | $ 16.44 |
| 23820 Pneudraulic Systems Mechanic | $ 17.15 |
| 23850 Rigger | $ 17.15 |
| 23870 Scale Mechanic | $ 15.69 |
| 23890 Sheet-Metal Worker, Maintenance | $ 17.15 |
| 23910 Small Engine Mechanic | $ 15.69 |
| 23930 Telecommunications Mechanic I | $ 17.15 |
| 23931 Telecommunications Mechanic II | $ 17.80 |
| 23950 Telephone Lineman | $ 17.15 |
| 23960 Welder, Combination, Maintenance | $ 17.15 |
| 23965 Well Driller | $ 17.15 |
| 23970 Woodcraft Worker | $ 17.15 |
| 23980 Woodworker | $ 14.79 |
| Personal Needs Occupations: | |
| 24570 Child Care Attendant | $ 11.54 |
| 24580 Child Care Center Clerk | $ 12.85 |
| 24600 Chore Aide | $ 11.40 |
| 24630 Homemaker | $ 18.44 |
| Plant and System Operation Occupations: | |
| 25010 Boiler Tender | $ 17.15 |
| 25040 Sewage Plant Operator | $ 16.44 |
| 25070 Stationary Engineer | $ 17.15 |
| 25190 Ventilation Equipment Tender | $ 13.44 |
| 25210 Water Treatment Plant Operator | $ 16.44 |
| Protective Service Occupations: | |
| 27004 Alarm Monitor | $ 12.60 |
| 27006 Corrections Officer | $ 17.09 |
| 27010 Court Security Officer | $ 17.62 |

| | | |
|---|---|---|
| 27040 | Detention Officer | $ 17.09 |
| 27070 | Firefighter | $ 17.57 |
| 27101 | Guard I | $ 8.00 |
| 27102 | Guard II | $ 12.60 |
| 27130 | Police Officer | $ 21.54 |
| Stevedoring/Longshoremen Occupational Services: | | |
| 28010 | Blocker and Bracer | $ 14.26 |
| 28020 | Hatch Tender | $ 14.26 |
| 28030 | Line Handler | $ 14.26 |
| 28040 | Stevedore I | $ 13.71 |
| 28050 | Stevedore II | $ 14.84 |
| Technical Occupations: | | |
| 29010 | Air Traffic Control Specialist, Center 2/ | $ 25.71 |
| 29011 | Air Traffic Control Specialist, Station 2/ | $ 17.73 |
| 29012 | Air Traffic Control Specialist, Terminal 2/ | $ 19.52 |
| 29023 | Archeological Technician I | $ 14.85 |
| 29024 | Archeological Technician II | $ 16.63 |
| 29025 | Archeological Technician III | $ 20.58 |
| 29030 | Cartographic Technician | $ 20.58 |
| 29035 | Computer Based Training (CBT) Specialist/Instructor | $ 21.25 |
| 29040 | Civil Engineering Technician | $ 20.58 |
| 29061 | Drafter I | $ 10.75 |
| 29062 | Drafter II | $ 12.36 |
| 29063 | Drafter III | $ 16.19 |
| 29064 | Drafter IV | $ 20.58 |
| 29081 | Engineering Technician I | $ 11.49 |
| 29082 | Engineering Technician II | $ 12.90 |
| 29083 | Engineering Technician III | $ 15.57 |
| 29084 | Engineering Technician IV | $ 18.40 |
| 29085 | Engineering Technician V | $ 20.80 |
| 29086 | Engineering Technician VI | $ 25.98 |
| 29090 | Environmental Technician | $ 20.75 |
| 29100 | Flight Simulator/Instructor (Pilot) | $ 26.39 |
| 29150 | Graphic Artist | $ 21.25 |
| 29160 | Instructor | $ 21.25 |
| 29210 | Laboratory Technician | $ 16.48 |
| 29240 | Mathematical Technician | $ 18.40 |
| 29361 | Paralegal/Legal Assistant I | $ 14.30 |
| 29362 | Paralegal/Legal Assistant II | $ 18.09 |
| 29363 | Paralegal/Legal Assistant III | $ 21.97 |
| 29364 | Paralegal/Legal Assistant IV | $ 26.58 |
| 29390 | Photooptics Technician | $ 18.40 |
| 29480 | Technical Writer | $ 26.05 |
| 29491 | Unexploded Ordnance Technician I | $ 16.34 |
| 29492 | Unexploded Ordnance Technician II | $ 19.77 |
| 29493 | Unexploded Ordnance Technician III | $ 23.70 |
| 29494 | Unexploded Safety Escort | $ 16.34 |
| 29495 | Unexploded Sweep Personnel | $ 16.34 |
| 29620 | Weather Observer, Senior 4/ | $ 18.30 |
| 29621 | Weather Observer, Combined Upper Air & Surface Programs 4/ | $ 16.48 |
| 29622 | Weather Observer, Upper Air 4/ | $ 16.48 |
| Transportation/Mobile Equipment Operation Occups: | | |
| 31030 | Bus Driver | $ 15.35 |
| 31260 | Parking and Lot Attendant | $ 9.64 |
| 31290 | Shuttle Bus Driver | $ 12.36 |
| 31300 | Taxi Driver | $ 11.62 |
| 31361 | Truckdriver, Light Truck | $ 12.36 |
| 31362 | Truckdriver, Medium Truck | $ 15.35 |
| 31363 | Truckdriver, Heavy Truck | $ 17.28 |
| 31364 | Truckdriver, Tractor-Trailer | $ 18.40 |
| Miscellaneous Occupations: | | |
| 99020 | Animal Caretaker | $ 10.13 |
| 99030 | Cashier | $ 10.87 |
| 99041 | Carnival Equipment Operator | $ 10.76 |
| 99042 | Carnival Equipment Repairer | $ 11.40 |

| | | |
|---|---|---|
| 99043 | Carnival Worker | $ 8.91 |
| 99050 | Desk Clerk | $ 13.24 |
| 99095 | Embalmer | $ 16.34 |
| 99300 | Lifeguard | $ 11.82 |
| 99310 | Mortician | $ 16.34 |
| 99350 | Park Attendant (Aide) | $ 14.78 |
| 99400 | Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | $ 11.82 |
| 99500 | Recreation Specialist | $ 18.44 |
| 99510 | Recycling Worker | $ 10.76 |
| 99610 | Sales Clerk | $ 11.82 |
| 99620 | School Crossing Guard (Crosswalk Attendant) | $ 8.91 |
| 99630 | Sports Official | $ 11.82 |
| 99658 | Survey Party Chief (Chief of Party) | $ 16.79 |
| 99659 | Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | $ 13.82 |
| 99660 | Surveying Aide | $ 10.07 |
| 99690 | Swimming Pool Operator | $ 12.57 |
| 99720 | Vending Machine Attendant | $ 10.76 |
| 99730 | Vending Machine Repairer | $ 12.57 |
| 99740 | Vending Machine Repairer Helper | $ 10.76 |

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.63 an hour or $65.20 a week or $282.53 a month.

VACATION: Two weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractor in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Good Friday, Memoiral Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. A contractor may substitute for any of the named holidats another day off with pay in accordance with a plan communicated to the employees involved.) (See 29CFR 4.174)

1/

This wage determination only applies to the areas listed below:

BRISTOL COUNTY: Mansfield, Norton, Rayham
ESSEX COUNTY: Lynn, Lynnfield, Nahant, Saugus
MIDDLESEX COUNTY: Entire County
NORFOLK COUNTY: Bellingham, Braintree, Brookline, Canton, Cohasset, Dedham, Dover, Foxborough, Franklin, Holbrook, Medfield, Medway, Millis, Milton, Needham, Norfolk, Norwood, Quincy, Randolph, Sharon, Stoughton, Walpole, Wellseley, Westwood, Weymouth, Wrentham
PLYMOUTH COUNTY: Carver, Duxbury, Hanover, Hanson, Hingham, Hull, Kingston, Lakeville, Marshfield, Middleborough, Norwell, Pembroke, Plymouth, Plympton, Rockland, Scituate
SUFFOLK COUNTY: Entire County
WORCESTER COUNTY: Berlin, Bolton, Harvard, Hopedale, Lancaster, Mendon, Milford, Southborough, Upton

2/

APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/

Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

4/

WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a

Sunday preium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi))

When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.
3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).
4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.
5) The contracting officer transmits the Wage and Hour decision to the contractor.
6) The contractor informs the affected employees.
Information required by the Regulations must be submitted on SF 1444 or bond paper.
When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

SECTION K

The [illegible] represents and certifies as part of the offer that: *(Check or complete all applicable items.)*

1. CONTINGENT FEE REPRESENTATION AND AGREEMENT (FEB 87)

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror—

*(Note: The offeror must check the appropriate boxes. A "bona fide employee" means a person employed by a contractor and subject to the contractor's supervision and control as to time, place and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain [illegible] contracts through improper influence.)*

(1) ___ has, X has not employed or retained any person or company to solicit or obtain this contract; and

(2) ___ has, X has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer—

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

2. TYPE OF BUSINESS ORGANIZATION (FEB 1987)

The offeror or quoter, by checking the applicable box represents that it operates as . . . a corporation incorporated under the laws of the State of [illegible] X an individual, ___ a partnership, ___ a nonprofit organization, or ___ a joint venture.

3. CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (FEB 1987)

*(Applicable to solicitations for contracts anticipated to exceed $25,000)*

(a) The offeror certifies that—

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening *(in the case of a sealed bid solicitation)* or contract award *(in the case of a negotiated solicitation)* unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory—

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraph (a)(1) through (a)(3) above John Edward McCafferty ________ (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

4. WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (FEB 1987)

*(Applicable to solicitations in which the resultant contract will be for the manufacture of materials, supplies, articles or equipment that exceed or may exceed $10,000).*

The offeror represents as a part of this offer that the offeror is ___ or is not X a regular dealer in, or is ___ or is not X a manufacturer of, the supplies offered.

5. CERTIFICATION OF NONSEGREGATED FACILITIES (FEB 1987)

*(Applicable to solicitations for contracts which are expected to exceed $10,000 and are covered by the Equal Opportunity Clause)*

(a) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that *(except where it has obtained identical certifications from proposed subcontractors for specific time periods)* it will—

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors *(except if the proposed subcontractors have submitted identical certifications for specific time periods):*

NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

6. AFFIRMATIVE ACTION COMPLIANCE (FEB 1987)

*(Applicable to solicitations for contracts which are expected to exceed $10,000 and are covered by the Equal Opportunity clause)*

The offeror represents that (a) it ___ has developed and has on file, X has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it ___ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor

21. NAME AND SIGNATURE OF CONTRACTING OFFICER

DA FORM 4068-R, FEB 87 EDITION OF OCT 86 IS OBSOLETE USAPPC V1.00

7. PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1987)

*(Applicable to solicitations for contracts which are expected to exceed $10,000 and are covered by the Equal Opportunity clause)*

The offeror represents that

(a) It, ___ has, X has not participated in a previous contract or subcontract subject either to the Equal Opportunity Clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It X has, ___ has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

8. CLEAN AIR AND WATER CERTIFICATION (FEB 1987)

*(Applicable to solicitations where contracts is expected to exceed $100,000 or where orders under an indefinite quantity contract in any year are expected to exceed $100,000)*

The offeror represents that

(a) Any facility to be used in the performance of this proposed contract ___ is, X is not, listed on the Environmental Protection Agency List of Violating Facilities;

(b) The offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency (EPA) indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

9. BUY AMERICAN ACT-TRADE AGREEMENTS ACT-BALANCE OF PAYMENTS PROGRAM CERTIFICATE (FEB 1987)

*(All solicitations under $150,000 for supplies for use within the US, and for contracts between $25,000 and $150,000 for supplies (except perishable subsistence) for use outside the US)*

(a) The offeror hereby certifies that each end product, except those listed below, is a domestic end product (as defined in the clause entitled "Buy American Act-Trade Agreements Act-Balance of Payments Program") and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

| EXCLUDED END PRODUCTS | |
|---|---|
| LINE ITEM NUMBER | COUNTRY OF ORIGIN |
| N/A | |
| | |
| | |

*(List as necessary)*

(b) Offers will be evaluated by giving certain preferences to domestic end products, qualifying country end products, and designated country end products over other end products. In order to obtain such preferences in the evaluation of each excluded end product listed in (a) above, it is necessary that offerors identify and certify, below, those excluded end products identified above that are qualifying country end products or designated country end products, or they will be deemed neither qualifying country end products nor designated country end products. Offerors must certify by inserting the applicable line item number in the appropriate brackets.

(i) The offeror certifies that the following supplies qualify as "participating country end products" as that term is defined in the clause entitled "Buy American Act-Trade Agreement Act-Balance of Payments Program".

N/A ______________________________
*(Insert line item number)*

(ii) The offeror certifies that the following supplies qualify as "FMS/Offset arrangement country end products" as that term is defined in the clause entitled "Buy American Act-Trade Agreements Act-Balance of Payments Program," if the NAT makes the necessary waivers.

N/A ______________________________
*(Insert line item number)*

(iii) The offeror certifies that the following supplies qualify as "defense cooperation country end products" as that term is defined in the clause entitled "Buy American Act-Trade Agreements Act-Balance of Payments Program."

N/A ______________________________
*(Insert line item number)*

(iv) The offeror certifies that the following supplies qualify as "defense cooperation country end products" as that term is defined in the clause entitled "Buy American Act Trade Agreements Act-Balance of Payments Program."

N/A ______________________________
*(Insert line item number)*

(c) Offers will be evaluated in accordance with the policies and procedures of AR 215-4.

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

DA FORM 5564-R, AUG 88

## SECTION K (continued) ADDITIONAL REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

### K-10 QUALIFICATIONS FOR OFFERORS.

Offers will be considered only from responsible organizations or individuals now or recently engaged in the-operation or management of -food establishments, comparable to those described in the attached solicitation/contract requirements. Each offeror shall furnish with each copy of his offer, a narrative statement listing comparable establishments which he has operated or managed during the last two (2) years, and also a general history of his operating organization and complete experience.

### K-11 FINANCIAL AND TECHNICAL ABILITY

If an offer submitted in response to this solicitation is favorably considered, a survey team may contact your facility to determine your ability to perform. Current financial statements and other pertinent data should be available at that time. The team may also evaluate your system for determining the financial and technical ability of your proposed subcontract or procurement sources to perform. Examples of the types of matters the survey team may examine and evaluate include, but are not limited to, the following:

a. Past experience with the firm (if any)
b. Financial condition.
c. Accounting System
d. Production control system.
e. Inventory control system
f. Receiving and inspection systems
g. Purchasing and subcontracting systems
h Quality control system
i Facilities and procedure for storing and handling CWFC-furnished property
j General Housekeeping
k. Manpower availability and labor relations.
l. Management controls
m. Any other areas pertinent to possible performance of the prospective contracts

### K-12 SUBCONTRACTING

Offeror represents that the estimated percentage of subcontracting contemplated on this procurement is 40% % (to be completed by offeror). cost of food

**NOTE:** The "percentage of subcontracting" will be reported as a percentage of the prime contractor's selling price. "Subcontracting" means only contracts for the production of or

work upon an item, component, or assembly and does not include: (I) any purchase of a standard commercial or catalog item, (II)any purchase of a basic raw material, (III) any purchase of supplies or services for the general operation of the contractor's plant, or (IV) any purchase from a parent, subsidiary, or affiliate of the contractor.

# SOLICITATION INSTRUCTIONS AND CONDITIONS *(NONAPPROPRIATED FUNDS)*

For use of this form, see AR 215-4; the proponent agency is ODCSPER

SECTION L

## 1. DEFINITIONS

As used herein:

a. The term "solicitation" means an invitation for bids (IFB) when using sealed bidding and a request for proposal *(RFP)* when an acquisition is negotiated.

b. The term "offer" means "bid" when sealed bidding is used and "proposal" when an acquisition is negotiated.

## 2. PREPARATION OF OFFERS *(FEB 1987)*

(a) Offerors are expected to examine the drawings, specifications, Schedule, and all instructions. Failure to do so will be at the offeror's risk.

(b) Each offeror shall furnish the information required by the solicitation. The offeror shall sign the offer and print or type its name on the Schedule and each continuation sheet on which it makes an entry. Erasures or other changes must be initialed by the person signing the offer offers signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office

(c) For each item offered, offerors shall (1) show the unit price/cost, including, unless otherwise specified, packaging, packing, and preservation and (2) enter the extended price/cost for the quantity of each item offered in the "Amount" column of the Schedule. In case of discrepancy between a unit price/cost and an extended price/cost, the unit price/cost will be presumed to be correct, subject, however, to correction the same extent and in the same manner as any other mistake.

(d) Offers for supplies or services other than those specified will not be considered unless authorized by the solicitation.

(e) Offerors must state a definite time for delivery of supplies or for performances of services, unless otherwise specified the solicitation.

(f) Time, if stated as a number of days, will include Saturdays, Sundays, and holidays.

## 3. EXPLANATION TO PROSPECTIVE OFFERORS *(FEB 1987)*

Any prospective offeror desiring an explanation or interpretation of the solicitation, drawings, specifications, etc., must request it in writing soon enough to allow a reply to reach all prospective offerors before the submission of their offers. Oral explanations or instructions given before the award of the contract will not be binding. Any information given to a prospective offeror concerning a solicitation will be furnished promptly to all other prospective offerors as an amendment of the solicitation, if that information is necessary in submitting offers or if the lack of it would be prejudicial to any other prospective offerors.

## 4. ACKNOWLEDGMENT OF AMENDMENTS TO SOLICITATIONS *(FEB 1987)*

Offerors shall acknowledge receipt of any amendment to this solicitation (a) by signing and returning the amendment; (b) by identifying the amendment number and date in the space provided for this purpose on the form for submitting an offer; or (c) by letter or telegram. The NAFI must receive the acknowledgment by the time specified for receipt of offers.

## 5. SUBMISSION OF OFFERS *(FEB 1987)*

(a) Offers and modifications thereof shall be submitted in sealed envelopes or packages *(1)* addressed to the office specified in the solicitation and (2) showing the time specified for receipt, the solicitation number, and the name and address of the offeror.

(b) Telegraphic offers will not be considered unless authorized by the solicitation; however, offers may be modified by written or telegraphic notice, if that notice is received by the time specified for receipt of offers.

(c) Items samples, if required, must be submitted within the time specified for receipt of offers, unless otherwise specified in the solicitation, these samples shall be *(1)* submitted at no expense to the NAFI and *(2)* returned at the sender's request and expense, unless they are destroyed during preward testing.

## 6. FAILURE TO SUBMIT OFFER *(FEB 1987)*

Recipients of this solicitation not responding with an offer should not return this solicitation, unless it specifies otherwise. Instead, they should advise the issuing office by letter or postcard whether they want to receive future solicitations for similar requirements. If a recipient does not submit an offer and does not notify the issuing office that future solicitations are desired, the recipient's name may be removed from the applicable mailing list.

## 7. LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OR PROPOSALS *(FEB 1987)*

(a) Any proposal received at the office designated in the solicitation after the exact time specified for receipt will not be considered unless it is received before award is made and it-

(1) Was sent by registered or certified mail not later than the fifth calendar day before the date specified for receipt of offers *(e.g., an offer submitted in response to a solicitation requiring receipt of offers by the 20th of the month must have been mailed by the 15th)*;

(2) Was sent by mail *(or telegram if authorized)* and it is determined by the NAFI that the late receipt was due solely to mishandling by the NAFI after receipt at the Government installation; or

(3) Is the only proposal received.

(b) Any modification of a proposal or quotation, except a modification resulting from the Contracting Officer's request for "best and final" offer, is subject to the same conditions as in subparagraphs *(a)(1)* and *(2)* above.

(c) A modification resulting from the Contracting Officer's request for "best and final" offer received after the time and date specified in the request will not be considered unless received before award and the late receipt is due solely to mishandling by the NAFI after receipt at the Government installation.

(d) The only acceptable evidence to establish the date of mailing of a late proposal or modification sent either by registered or certified mail is the U.S. or Canadian Postal Service postmark on the wrapper or on the original receipt from the U.S. or Canadian Postal Service. If neither postmark shows a legible date, the proposal, quotation, or modification shall be processed as if mailed late. "Postmark" means a printed, stamped, or otherwise placed impression *(exclusive of a postage meter machine impression)* that is readily identifiable without further action as having been supplied and affixed by employees of the U.S. or Canadian Postal Service on the date of mailing. Therefore, offerors or quoters should request the postal clerks to place a hand cancellation bull's-eye postmark on both the receipt and the envelope or wrapper.

(e) The only acceptable evidence to establish the time of receipt at the Government Installation is the time/date stamp of that installation on the proposal wrapper of other documentary evidence of receipt maintained by the installation.

(f) Notwithstanding paragraph (a) above, a late modification of an otherwise successful proposal that makes its terms more favorable to the NAFI may be considered at any time it is received and may have been accepted.

(g) Proposals may be withdrawn by written notice or telegram (including mailgram) received at any time before award. Proposals may be withdrawn in person by an offeror or an authorized representative, if the representative's identity is made known and the representative signs a receipt for the proposal before award.

## 8. DISCOUNTS FOR PROMPT PAYMENT *(FEB 1987)*

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a prompt payment discount in conjunction with the offer, offerors awarded contracts may include prompt payment discounts on individual invoices.

(b) In connection with any discount offered for prompt payment, time shall be computed from (1) the date of completion of performance of the services or delivery of the supplies to the carrier if acceptance is at point or origin, or date of delivery at destination or port of embarkation if delivery and acceptance are at either of these points, or (2) the date a proper invoice or voucher is received in the office specified by the NAFI, if the latter is later than date of performance or delivery,. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the date on which a wire transfer was made.

## 9a. CONTRACT AWARD *(FEB 1987) (NEGOTIATED PROCUREMENTS ONLY)*

(a) The NAFI will award a contract resulting from the solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the NAFI, cost or price and other factors, specified elsewhere in this solicitation, considered

(b) The NAFI may (1) reject any or all offers if such action is in the public interest, (2) accept other than the lowest offer, and (3) waive informalities and minor irregularities in offers received.

(c) The NAFI may award a contract on the basis of initial offers received, without discussions. Therefore, each initial offer should contain the offeror's best terms from a cost or price and technical standpoint.

(d) The NAFI may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may be submitted for quantities less than those specified. The NAFI reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the offer.

(e) A written award or acceptance of offer mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the NAFI may accept an offer (or part of an offer, as provided in paragraph (d) above), whether or not there are negotiations after its receipt,, unless a written notice of withdrawal is received before award. Negotiations conducted after receipt of an offer do not constitute a rejection or counteroffer by the NAFI.

(f) Neither financial data submitted with an offer, nor representations concerning facilities or financing, will form a part of the resulting contract. However, if the resulting contract contains a clause providing for price reduction for defective cost of pricing data, the contract price will be subject to reduction if cost or pricing data furnished is incomplete, inaccurate, or not current.

## 9b. CONTRACT AWARD-SEALED BIDDING *(AUG 1988)*

(a) The NAFI will evaluate bids in response to this solicitation without discussions and will award a contract to the responsible bidder whose bid, conforming to the solicitation, will be most advantageous to the NAFI considering only price and the price-related factors specified elsewhere in the solicitation.

(b) The NAFI may (1) reject any or all bids, (2) accept other than the lowest bid, and (3) waive informalities or minor irregularities in bids received.

(c) The NAFI may accept any item or group of items of a bid, unless the bidder qualifies the bid by specific limitations. Unless otherwise provided in the Schedule, bids may be submitted for quantities less than those specified. The NAFI reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the bidder specifies otherwise in the bid.

(d) A written award or acceptance of a bid mailed or otherwise furnished to the successful bidder within the time for acceptance specified in the bid shall result in a binding contract without further action by either party.

## 10. LABOR INFORMATION

General information regarding the requirements of the Walsh-Healey Public Contracts Act *(41 U.S.C. 35-45)*, the Contract Work Hours Standards Act *(40 U.S.C. 327-330)*, and the Service Contract act of 1965 *(41 U.S.C. 351-357)* may be obtained from the Department of Labor, Washington,, D.C. 20210, or from any regional office of that agency. Requests for information should include the solicitation number, the name and address of the issuing agency, and a description of the supplies or services.

## 11. ORDER OR PRECEDENCE *(FEB 1987)*

Any inconsistency in this solicitation shall be resolved by giving precedence in the following order: (a) the Schedule (excluding the specifications), (b) representations and other instruction; (c) contract clauses; (d) other documents, exhibits, and attachments, and (e) the specifications

## 12. SITE VISIT (FEB 1988).

Offerors or quoters are urged and expected to inspect the site where the services are to be performed and satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

## 13. TYPE OF CONTRACT *(FEB 1987)*

CWF CHAIRMAN: RICK BRACKETT 978-796-3948

The NAFI contemplates award of a ______________________________ *(Contracting Officer insert specific type of Contract)* contract resulting from this solicitation.

## 14. EVALUATION OF OFFERS FOR MULTIPLE AWARDS *(AUG 1988)*

Unless otherwise stated and in addition to other factors, offers will be evaluated on the basis of advantages and disadvantages to the NAFI that might result from making more than one award *(multiple awards)*. It is assumed, for the purpose of evaluating proposals, that $250 would be the administrative cost to the NAFI for issuing and administering each contract awarded under this solicitation and individual awards shall be for the items or combinations of items that result in the lowest aggregate cost to the NAFI, including the assumed administrative costs.

## SECTION L (continued) SOLICITATION INSTRUCTIONS AND CONDITIONS

### L-15 AWARD OF CONTRACT

a. The contract will be awarded to that responsible offeror, whose offer, conforming to the solicitation, is determined to be most advantageous to the CWFC, considering monetary return to Civilian Welfare Fund Council or, business experience, capability of rendering service, ability of offeror to meet terms of contract, and such other factors that will insure adequate service.

b. The following criteria will be used in evaluating offers to determine to whom award will be made.

| | Importance Factor | Possible Rating 1 to 4 Points | = | Maximum Possible Rating |
|---|---|---|---|---|
| (1) Menu Pricing and portion sizes | 4 | 4 | | 16 |
| (2) Menu variety | 3 | 4 | | 12 |
| (3) Reputation and experience in providing food services. | 2 | 4 | | 8 |
| (4) Personnel staffing, including resume of proposed on-site manager | 2 | 4 | | 8 |
| (5) Adequacy of budget and accounting systems and procedures, including projected annual operating statement (pro-forma) first year. | 1 | 4 | | 4 |
| **POINTS POSSIBLE** | | | | 50 |

The numerical rating points assigned an offeror are synonymous with the following adjective ratings:

1 Barely Acceptable 2 Satisfactory 3 Highly Satisfactory 4 Superior.

c.. The CWFC reserves the right to reject any or all offers and to waive informalities and minor irregularities in offers received.

d. The CWFC reserves the right to award on the basis of the proposals as submitted without discussion.

e. A written Award (or Acceptance of Offer) mailed (or otherwise furnished) to the successful offeror within the time for acceptance specified in the offer shall be deemed to result in a binding Contract without further action by either party.

## L-16 ADDITIONAL SUBMISSIONS

In addition to the narrative statement required under K-15 above, offerors must submit the following materials with their offers;

a. Proposed menu(s) and prices.

b. Resume of proposed on-site manager.

c. Projected annual operating statement for first year of operation under this contract.

d. See appendix B for additional Submission requirements.