# EXHIBIT "B"

TAB TAB TAB TAB TAB TAB

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT (Nonappropriated Funds)

For use of this form, see AR 215-4; proponent agency is ODCSPER

1. AMENDMENT/MODIFICATION NO. NAFFE2-00-T-0001-P001
2. EFFECTIVE DATE 01 OCT 2000
3. REQUISITION/PURCHASE REQUEST NO.
4. PROJECT NO. *(If applicable)*
PAGE 1 OF 1

5. ISSUED BY

DEVENS RFTA CONTRACTING
30 QUEBEC STREET
DEVENS, MA 01432

6. ADMINISTERED BY *(If other than block 5)*

SEE BLOCK 5

7. CONTRACTOR NAME AND ADDRESS *(Include Street, City, County, State, and ZIP Code)*

JOHN E. MCCAFFERTY /DBA
CLASSIC CATERING
67 WHITNEY AVENUE
LOWELL, MA. 01850

8. AMENDMENT/MODIFICATION

___ AMENDMENT OF SOLICITATION
DATED ___
NO. ___

X MODIFICATION OF CONTRACT/ORDER DATED 01 OCT 99
NO. NAFFE2-00-T-0001

9. THIS BLOCK APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

___ The above numbered solicitation is amended as set forth in block 12. The hour and date specified for receipt of Offers ___ is extended ___ is not extended. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation, or as amended, by one of the following methods, letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

10. NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.

11. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS

X (a) This Change Order is issued pursuant to I-38 OPTION TO EXTEND THE TERM OF THE CONTRACT
The Changes set forth in block 12 are made to the above numbered contract/order.

___ (b) The above numbered contract/order is modified to reflect the administrative changes *(such as changes in paying office, etc.)* set forth in block 12.
This Supplemental Agreement modifies the above numbered contract as set forth in block 12.

___ (c)

12. DESCRIPTION OF AMENDMENT/MODIFICATION

THE SUBJECT CONCESSION CONTRACT TO OPERATE A FOOD AND BEVERAGE OPERATION FOR THE DEVENS CWF IN BUILDING P-623 IS HEREBY MODIFIED TO INCLUDE THE FOLLOWING:

1. TERM OF THE CONTRACT IS EXTENDED FROM 01 OCTOBER 2000 THROUGH 30 SEPTEMBER 2004, OR A TOTAL OF FOUR (4) YEARS.
2. CONCESSION RATE WILL REMAIN AT 7.5%
3. WAGE DETERMINATION NO# 1994-2255 REV 15 IS INCORPORATED INTO THIS CONTRACT.

Except as provided herein, all terms and conditions of the document referenced in block 8, as heretofore changed, remain unchanged and in full force and effect.

13. SIGNATURE REQUIREMENT

___ CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT.
X CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE

14. NAME AND SIGNATURE OF CONTRACTING OFFICER

DATE SIGNED

DAVID M. LIPBLES

15. NAME OF CONTRACTOR/OFFEROR *(Signature of person authorized to sign)*

JOHN E. MCCAFFERTY

16. NAME AND TITLE OF CONTRACTOR/OFFEROR

DATE SIGNED 12/6/00

DA FORM 4073-R, FEB 87

EDITION OF FEB 85 IS OBSOLETE

USAPPC V1.00