# EXHIBIT "C"

LICENSE NO. DACA33-3-00-119

DEPARTMENT OF THE ARMY LICENSE
DEVENS RESERVE FORCES TRAINING AREA
DEVENS, MASSACHUSETTS

**THE SECRETARY OF THE ARMY,** hereinafter referred to as the Secretary, acting under his general administrative powers, hereby grants to Classic Catering, 67 Whithey Avenue, Lowell, MA 01850 hereinafter referred to as the grantee, a license for concession services over, across, in and upon lands of the United States, known as the Devens Reserve Forces Training Area, Building 623 as identified in Exhibit "A", attached hereto and made a part hereof, hereinafter referred to as the premises.

**THIS LICENSE** is granted subject to the following conditions:

**1. TERM**

This license is granted for a term of one year beginning August 1, 2000 and ending July 31, 2001 but revocable at will by the Secretary.

**2. CONSIDERATION**

The consideration for this license shall be the construction, operation and maintenance of the premises for the benefit of the general public in accordance with the terms and conditions hereinafter set forth.

**3. NOTICES**

All notices and correspondence to be given pursuant to this license shall be addressed, if to the grantee, to Classic Catering Attn: John McCafferty, 67 Whithey Avenue, Lowell, MA 01850 and if to the United States, to the District Engineer, Attention: Chief, Real Estate Division, U.S. Army Corps of Engineers, New England District; or as from time to time otherwise be directed by the parties. Notice shall be deemed to have been duly given if and when enclosed in a properly sealed envelope addressed as aforesaid, and deposited, postage prepaid, in a post office regularly maintained by the United States Postal Service.

**4. AUTHORIZED REPRESENTATIVES**

Except as otherwise specifically provided, any reference herein to "Secretary", "District Engineer", "Installation Commander", or "said officer" shall include their duly authorized representatives. Any reference to "grantee" shall include any duly authorized representatives.

**5. SUPERVISION BY THE INSTALLATION COMMANDER**

The use and occupation of the premises shall be subject to the general supervision and approval of the Installation Commander, Devens RFTA, hereinafter referred to as said officer, and to such rules and regulations as may be prescribed from time to time by said officer.

**6. APPLICABLE LAWS AND REGULATIONS**

The grantee shall comply with all applicable Federal, state, county and municipal laws, ordinances and regulations wherein the premises are located.

**7. CONDITIONAL USE BY GRANTEE**

The exercise of the privileges herein granted shall be:

**a.** without cost or expense to the United States;

**b.** subject to the right of the United States to improve, use or maintain the premises;

**c.** subject to other outgrants of the United States on the premises;

**d.** personal to the grantee, and this license, or any interest herein, may not be transferred or assigned.

**8. CONDITION OF PREMISES**

The grantee acknowledges that it has inspected the premises, knows its condition, and understands that the same is granted without any representations or warranties whatsoever and without any obligation on the part of the United States.

**9. COST OF UTILITIES**

The grantee shall pay the cost, as determined by the officer having immediate supervision over the premises, of producing and/or supplying any utilities and other services furnished by the Government or through Government-owned facilities for the use of the grantee, including the grantee's proportionate share of the cost of operation and maintenance of the Government-owned facilities by which such utilities or services are produced or supplied. The Government shall be under no obligation to furnish utilities or services. Payments shall be made in the manner prescribed by the officer having such jurisdiction.

**10. PROTECTION OF PROPERTY**

The grantee shall keep the premises in good order and in a clean, safe condition by and at the expense of the grantee. The grantee shall be responsible for any damage that may be caused

to property of the United States by the activities of the grantee under this license, and shall exercise due diligence in the protection of all property located on the premises against fire or damage from any and all other causes. Any property of the United States damaged or destroyed by the grantee incident to the exercise of the privileges herein granted shall be promptly repaired or replaced by the grantee to a condition satisfactory to said officer, or at the election of said officer, reimbursement made therefor by the grantee in an amount necessary to restore the property to a condition satisfactory to said officer.

**11. INDEMNITY**

The United States shall not be responsible for damages to property or injuries to persons which may arise from or be incident to the exercise of the privileges herein granted, or for damages to the property of the grantee, or for damages to the property or injuries to the person of the grantee's officers, agents, or employees or others who may be on the premises at their invitation or the invitation of any one of them, and the grantee shall hold the United States harmless from any and all such claims not including damages due to the fault or negligence of the United States or its contractors.

**12. RESTORATION**

On or before the expiration of this license or its termination by the grantee, the grantee shall vacate the premises, remove the property of the grantee, and restore the premises to a condition satisfactory to said officer. If, however, this license is revoked, the grantee shall vacate the premises, remove said property and restore the premises to the aforesaid condition within such time as the District Engineer may designate. In either event, if the grantee shall fail or neglect to remove said property and restore the premises, then, at the option of said officer, the property shall either become the property of the United States without compensation therefor, or said officer may cause the property to be removed and no claim for damages against the United States or its officers or agents shall be created by or made on account of such removal and restoration work. The grantee shall also pay the United States on demand any sum which may be expended by the United States after the expiration, revocation, or termination of this license in restoring the premises.

**13. NON-DISCRIMINATION**

The grantee shall not discriminate against any person or persons or exclude them from participation in the grantee's operations, programs, or activities because of race, color, religion, sex, age, handicap, or national origin in the conduct of operations on the premises. The grantee will comply with the Americans with Disabilities Act and attendant Americans with Disabilities Act Accessibility Guidelines (ADAAG) published by the Architectural and Transportation Barriers Compliance Board.

**14. TERMINATION**

This license may be terminated by the grantee at any time by giving the District Engineer at least ten (10) days notice in writing provided that no refund by the United States of any

consideration previously paid shall be made and provided further, that in the event that said notice is not given at least ten (10) days prior to the rental due date, the grantee shall be required to pay the consideration for the period shown in the Condition on CONSIDERATION.

**15. ENVIRONMENTAL PROTECTION**

**a.** Within the limits of their respective legal powers, the parties to this license shall protect the premises against pollution of its air, ground and water. The grantee shall comply with any laws, regulations, conditions, or instructions affecting the activity hereby authorized if and when issued by the Environmental Protection Agency, or any Federal, state, interstate or local governmental agency having jurisdiction to abate or prevent pollution. The disposal of any toxic or hazardous materials within the premises is specifically prohibited. Such regulations, conditions, or instructions in effect or prescribed by said Environmental Protection Agency, or any Federal, state, interstate or local governmental agency are hereby made a condition of this license. The grantee shall not discharge waste or effluent from the premises in such a manner that the discharge will contaminate streams or other bodies of water or otherwise become a public nuisance.

**b.** The grantee will use all reasonable means available to protect the environment and natural resources, and where damage nonetheless occurs from the grantee's activities, the grantee shall be liable to restore the damaged resources.

**c.** The grantee must obtain approval in writing from said officer before any pesticides or herbicides are applied to the premises.

**16. HISTORIC PRESERVATION**

The grantee shall not remove or disturb, or cause or permit to be removed or disturbed, any historical, archaeological, architectural or other cultural artifacts, relics, remains or objects of antiquity. In the event such items are discovered on the premises, the grantee shall immediately notify said officer and protect the site and the material from further disturbance until said officer gives clearance to proceed.

**17. DISCLAIMER**

This license is effective only insofar as the rights of the United States in the premises are concerned; and the grantee shall obtain any permit or license which may be required by Federal, state, or local statute in connection with the use of the premises. It is understood that the granting of this license does not preclude the necessity of obtaining a Department of the Army permit for activities which involve the discharge of dredge or fill material or the placement of fixed structures in the waters of the United States, pursuant to the provisions of Section 10 of the Rivers and Harbors Act of 3 March 1899 (33 U.S.C. § 403), and Section 404 of the Clean Waters Act (33 U.S.C. § 1344).

**18. ADDITIONAL CONDITIONS**

Refer to the conditions of the Solicitation, Offer, and Award (Nonappropriated Funds) Contract No. NAFFE2-00-T-0001 dated 1 October 1999 as identified in Exhibit "B" and attached hereto and made a part hereof.

**THIS LICENSE** is not subject to Title 10, United States Code, Section 2662, as amended.

**IN WITNESS WHEREOF** I have hereunto set my hand by authority/direction of the Secretary of the Army this 2nd day of October, 2000.

______________________
Witness

______________________
Witness

Joseph M. Redlinger
Chief, Real Estate Division
U.S. Army Corps of Engineers
New England District

**THIS LICENSE** is also executed by the grantee this 28th day of September, 2000.

______________________
Witness

______________________
Witness

John E. McCafferty, Owner
Classic Catering



BUILDING 623
SPACE PLAN
DEPARTMENT OF THE ARMY
DIRECTORATE OF PUBLIC WORKS
DEVENS RESERVE FORCES TRAINING AREA


EXHIBIT A

EXHIBIT B

TAB TAB TAB TAB TAB

# SOLICITATION, OFFER, AND AWARD (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is OOCSPER

Award will be made on this form or by other official written notice.

PAGE 1 OF 50

1. CONTRACT (Proc. Inst. Ident.) NO.: NAFFE2-00-T-0001

2. SOLICITATION NO.: SEALED BIDDING (IFB) / NEGOTIATED (RFP)

3. DATE ISSUED: 01 OCT-99

4. PURCHASE REQUEST NO.: 99-018

5. ISSUED BY
DEVENS RFTA CONTRACTING
30 QUEBEC STREET
DEVENS MA. 01432

6. ADDRESS OFFER TO (If other than Block 5)

## SOLICITATION

7. Sealed offers in original and ______ copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 6, OR IF HAND-CARRIED, IN THE DEPOSITARY LOCATED IN CONTRACTING 30 QUEBEC ST BLDG 666 DEVENS until 4:00 PM ON 24 SEP 1999 (Time, Zone, and Date). If this is a sealed bid solicitation, offers will be publicly opened at that time.

CAUTION - LATE OFFERS. See para 7, DA Form 4070-R, Solicitation Instructions and Conditions. (Section L)

NO APPROPRIATED FUNDS OF THE UNITED STATES SHALL BECOME DUE, OR BE PAID, THE CONTRACTOR BY REASON OF THIS CONTRACT.

All offers are subject to the following:

1. The attached Solicitation Instructions and Conditions.
2. The Contract Clauses, which are attached or incorporated herein by reference.
3. The Schedule attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference. (Attachments are listed in the Schedule.)

FOR INFORMATION CALL (Name and Telephone No.)(No collect calls):

8. The following Checked Sections are incorporated.

TABLE OF CONTENTS

| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 14 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 1 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 13 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATOINS AND OTHER STATEMENTS OF OFFERORS | 4 |
| X | F | DELIVERIES OR PERFORMANCE | 1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 1 | X | L | INSTR., CONDS., AND NOTICES TO OFFERORS | 4 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 4 | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER

9. In compliance with the above, the undersigned offers and agrees to furnish any or all items upon which prices are offered and to deliver at the designated point(s) within the time set forth in the schedule, if this offer is accepted within ______ calendar days from the date specified for receipt of the offers (60 calendar days unless a different period is inserted by the offeror).

10. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated.)

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 REVISED QUOTE | 09/13/99 | | |
| | | | |

11. DISCOUNT FOR PROMPT PAYMENT (See para 8, DA Form 4070-R)(Section L)
______ % 10 Calendar Days; ______ % 20 Calendar Days; ______ % 30 Calendar Days; ______ % ______ Calendar Days.

12. OFFEROR'S NAME & ADDRESS (Street, City, State, & ZIP Code)(Include Area Code and Telephone No.)
JOHN E MCCAFFERTY
67 WHITHEY AVE
LOWELL MA 01850

13. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER
JOHN E MCCAFFERTY
OWNER
~~CLASSIC CATERING~~

Check if Remittance Address is Different from above. ____ Enter such address in schedule.

14. SIGNATURE: John E McCafferty

15. OFFER DATE: 9/23/99

## AWARD (To Be Completed by Fund)

16. ACCEPTED AS TO ITEMS NUMBERED: ITEM 0001 SEE NEXT PAGE

17. AMOUNT: 7.5 %

18. ADMINISTERED BY (If other than Block 5): SEE BLOCK #5

19. SUBMIT INVOICES (4 copies unless otherwise specified) TO ADDRESS SHOWN IN BLOCK: X

20. ACCOUNTING DATA: X

21. PAYMENT WILL BE MADE BY: CONTRACTOR TO FUND

22. NAME AND SIGNATURE OF CONTRACTING OFFICER: Janel L. W. Wijak

23. AWARD DATE: 991001

2

## SCHEDULE (Nonappropriated Funds)

For use of this form, see AR 215-4; the proponent agency is DCSPER

SOLICITATION NO. CWF-Q-0002
NAFFE2-99-T0002

1. A DESCRIPTION OF THE GOODS AND/OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND THE PLACE OF DELIVERY, AND ANY OTHER TERMS AND CONDITIONS APPLICABLE TO THE PROPOSAL ARE SET FORTH BELOW OR ATTACHED HERETO.

| 2. ITEM NO. a | DESCRIPTION OF ITEM/SERVICE b | QUANTITY c | UNIT d | UNIT PRICE e | ITEM PRICE f |
|---|---|---|---|---|---|
| | OFFER SHALL INDICATE THE FEE HE/SHE SHALL PAY TO THE CWF FUND FROM THE GROSS AMOUNT. | | | | 7.5% Commission |
| 0001 | CONCESSION CONTRACTOR TO OPERATE A FOOD AND BEVERAGE OPERATION FOR THE DEVENS CWF IN BUILDING 623.<br><br>SPECIFICATIONS ATTACHED.<br>SECTION J: WAGE DETERMINATION: NO: 94-225 REV 13 | | | | |

3. NAME OF OFFEROR

DA FORM 4071-R, OCT 86

EDITION OF MAR 82 IS OBSOLETE

## C-3. CONCESSION TERMS

a. Periodic reviews, conducted jointly by representatives of the CWFC and the contractor, will be made to insure, that the staffing pattern, menu pricing structure, and other phases of the operation, are arranged on the most efficient basis, to the end that the contractor does not realize an excessive net profit and that Government employees are provided with high quality and convenient food service, under sanitary and healthful conditions, at the most reasonable prices possible..

b. If the audit shows that the contractor is making a marginal profit or incurring a loss, through no fault of his/her own, equitable adjustments may be negotiated to permit a fair margin of profit in accordance with this paragraph.

c. Complete customer satisfaction shall be at all times provided within reason. If a customer is not satisfied with purchased food or merchandise, the contractor shall either replace the item, eliminate the deficiency to the satisfaction of the customer, or return full payment made for that item or merchandise or purchase to the customer.

d. All prices will be separately and conspicuously posted for articles stocked for sale. All menus are subject to prior approval by the Fund.

e. Contractor shall keep such a complete and accurate account of all transactions and maintain such methods of internal controls as required by generally accepted business practices and/or as the Fund requires.

f. Contractor shall promptly pay according to the terms thereof all indebtedness contracted in connection with the performance of this contract.

g. Contractor shall, at his expense, obtain all necessary permits, give all necessary notices, pay all license fees, comply with all municipal, state, and Federal laws, rules, ordinances and regulations pertaining to the preservation of the public health or as, applicable to the property, income and transactions of this contract.

## C-4 HOURS OF OPERATION

The concessionaire agrees to the following minimum hours of operation Monday through Friday (Saturday and Sunday when the projected soldier population exceeds 500) with the exception of-designated holidays observed by the Federal Government. Monthly training schedule indicating projected soldier strength will be provided by CWFC.

| | | |
|---|---|---|
| Regular Breakfast Hour | 0630-0830 | |
| Luncheon | 1100-1300 | |
| Pub | 1530-1930 | Thurs, Fri, Sat |

* The concessionaire may request a change in operating hours based on market needs

SECTION C

## DESCRIPTION/SPECS/WORK STATEMENT

### C-1. SCOPE OF OPERATION

a. The concessionaire shall, for the period of this Contract and under the Terms and Conditions set forth below, establish, manage and operate in his name such restaurant-type concession as shown herein for the Civilian Welfare Fund Council, Devens Reserve Forces Training Area, Devens, Massachusetts 01432. Operations shall include the right to store, prepare, and sell food, dairy products and beverages (alcoholic and non-alcoholic).

### C-2. DESCRIPTION OF FACILITIES

a. The CWFC will furnish or cause to be furnished, the following facilities at building 623 (see drawing attached).

(1) Main ballroom (Room 117).

(2) Kitchen, storage, loading dock employee rest rooms and serving area. (Rooms 132, 133, 124, 125, 127, 128, 129, 130, 131)

(3) Lounge, game room and storage area. (Rooms 110, 111, 112, 113)

(4) Walk in freezer, walk in refrigerator, located in kitchen area.

(5) Equipment furnished by the Fund is in accordance with the list shown in Appendix A.

b. The contractor shall provide all smallware (e.g., china, paper ware, plastic ware, flatware, pots, pans, utensils, etc.) as may be required in the performance of this contract.

c. Not withstanding the aforementioned, the CWFC reserves the right to use any or all facilities for any meetings or functions which may be so ordered or authorized. The Contracting Officer or higher representative will provide 5 days notice.

C-5 EQUIPMENT

Equipment, fixtures, machinery, tools, utensils and any other property (hereinafter called "equipment") listed in Appendix A will be available for use by the concessionaire.

Maintenance and repair of Appropriated Fund (APF) or Non Appropriated Fund Instrumentality (NAFI) furniture, fixtures and equipment (FFE), if caused by fair wear and tear, will be jointly funded by the contractor and the NAFI. The contractor will pay the first $100 of maintenance or repair expense for each furnished item. The NAFI will pay the remainder of the expense that exceeds $100. Repairs necessary as a result of contractor abuse or negligence will be paid for entirely by the contractor (AR 215-5, 4-17 f (5)).

C-6 INVENTORIES

100% of facilities, equipment and merchandise will be jointly inventoried within 48 hours of signing of Contract and every six months thereafter. The CWFC will furnish two disinterested personnel and the concessionaire one person to make said inventory. Any shortages revealed by the joint inventory will be replaced or paid for by the contractor at fair market value of the property as determined by the contracting officer; exceptions to be as determined through CWFC meeting. No equipment furnished under this agreement by the CWFC shall be removed from the installation by the concessionaire. Closing inventory will be conducted prior to conclusion of contract.

Concessionaire agrees to purchase on hand supplies from CWF at cost. CWF agrees to accept payment over a 12 month period through monthly installments paid on the 20th of the month to Devens RFTA Post Restaurant Fund.

C-7 CLEANING AND JANITORIAL SERVICES.

a. The contractor agrees to furnish all labor, supplies, materials, equipment and supervision sufficient to maintain the restaurant concession areas in a clean, orderly, and sanitary condition at all times. Before beginning work, the concessionaire shall submit to the Contracting Officer a list stating the name(s) of the manufacturer and the brand name of the materials that he proposes to use in the performance of this work. He shall not use in conjunction with the work of this contract, any material which the CWF determines would be unsuitable for the purpose, or harmful to the surfaces to which it is to be applied.

b. Equipment used in the performance of the cleaning and janitorial services shall be of the type and of sufficient capacity to assure high quality work and shall meet with the approval of the Contracting Officer.

c. Cleaning and janitorial services shall be performed on regular schedule and must meet the highest normally accepted industry standards.

DAILY

(1) Sweep and damp mop kitchen, including walk-in coolers, and serving areas.

(2) Concessionaire shall only be required to daily sweep, spot mop for spillage, and spray buff as required resilient tile floors.

(3) Clean tray rails and sneeze guards.

(4) Spot clean walls and posts in dining and kitchen area.

(5) As required, collect trash and rubbish at a location designated by the COR for removal from the premises by the Government.

(6) Thoroughly clean inside of dishwasher, coffee urns, all beverage dispensers, hot and cold food through bussing station, etc.

(7) All kitchen and other cooking equipment, e.g., grills, fryers, ovens, toasters, holding stations, etc., shall be cleaned daily.

(8) Clean restrooms and/or locker rooms which have been designated to be used by the concessionaire's employees only.

(9) Thoroughly wash and rinse all mops and other cleaning materials.

(10) Tables and chairs will be cleaned continuously as required throughout the operating day.

(11) Sweep/vacuum dining area.

WEEKLY

(1) Thoroughly clean table edges, pedestals and chairs.

(2) Clean tray stands.

(3) Clean hoods, filters, and ventilating systems over stoves and ovens.

(4) Thoroughly wash entire cafeteria receiving area and trash room.

MONTHLY

(1) Cleaning ceiling tiles and air registers in kitchen and over serving line.

(2) Thoroughly clean all self-service freezers and refrigerated display cases.

(3) Damp wipe all doors and windows (interior).

(4) Thoroughly clean all floor drains and drain covers.

QUARTERLY

Wash all doors and wall surfaces in dining area.

SEMI-ANNUALLY

(1) Perform high cleaning of pipes, lovers.

(2) Thoroughly clean walls in kitchen and dining area.

(3) Thoroughly clean all fans, ventilating grills and ducting.

(4) Defrost and thoroughly clean all freezer and refrigerator storage spaces.

In addition, the CWFC may require additional cleaning as he/she deems necessary. Failure to keep any of the facilities in a clean condition satisfactory to the Contracting Officer or the Building Manager may result in the withdrawal of the privilege of using such facilities or the CWFC may have the facility cleaned by another means and the cost of such work charged to the concessionaire. The CWFC will not be responsible in any way for damage or loss occasioned by fire, theft, accident, or otherwise, to the concessionaire's stored supplies, materials, or equipment, or his employees' personal belongings

C-8 MAINTENANCE

a. The Building Manager will furnish or cause to be furnished, all real property building maintenance which will include the maintenance of heating, lighting, and air conditioning thereof.

b. Concessionaire, at his expense, will be responsible for repairing assigned areas, when necessitated by the negligence or misconduct of the concessionaire, his employees, his subcontractors.

c. The concessionaire shall make no alterations or improvements to the areas or major improvements to facilities or the equipment made available without the prior written approval of the Contracting Officer. Title to alterations, improvements or installations of a permanent nature shall vest in the Government or the CWFC.

The concessionaire shall release any/all space or equipment, and yield peaceably its ›ssession, in as good condition as received, except for reasonable wear and tear, and except for ımage or destruction arising outside of the normal course of operation upon the expiration, rmination or cancellation of this contract.

:-9 STAFFING

a. The contractor shall engage all personnel necessary to maintain efficient services and at a ıigh standard of sanitation and cleanliness at all times.

b. Unit Manager and/or assistant unit manager shall be on duty at all times. Supplementation ›f remaining staff, during planned/unplanned absences if any duration shall be sought at all times.

C-10 PERSONNEL

a. In no event shall the contractor engage, for any operations under this contract, nor allow to start employment, personnel who:

(1) Fail to pass satisfactory medical examinations where the handling of food is involved, to include bussing, dish/pot washing, utensils, glassware, trays, etc.

(2) Are not courteous, conscientious and competent to perform the duties to which they are assigned.

b. All food service/contractor personnel will be required to:

(1) Maintain a high degree of personal hygiene, such as wearing clean garments and effective hair restraints, washing hands frequently and always prior to leaving the toilet facilities, restraining from wearing jewelry and using tobacco while engaged in or around food preparation and/or service.

(2) Change their clothing in the locker rooms provided for that purpose and maintain the area in a neat and clean condition.

(3) Wear proper uniforms, including hair nets and/or food handler hats and sanitary gloves, during the times they are performing their duties.

(4) Wear legible employee name plates showing the first and last name of employee.

(5) Be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card, Form 1-151, or an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

c. If in the opinion of the Contracting Officer, the conduct of any employee, servant or agent of the contractor in and about the premises covered by this contract interferes with proper service, at the request of the Fund, such employee, servant or agent shall be banned from the premises.

## C-11 TRANSACTIONS

a. Contractor shall keep a complete and accurate account of all transactions.

b. The Contracting Officer's Representative shall approve the cash register and any similar business machine tapes furnished by the contractor.

c. All sales shall be made on a cash basis or for coupons/tickets contracted for in advance, unless operating regulations authorize specific exceptions.

d. A cash register shall be used to record all patron sales with the register being visible to the patron. A receipt will be provided to the patron when requested.

## C-12 AUTHORIZED PATRONS AND INDENTIFICATION

a. Unlimited privileges of the Post Restaurant facilities and services without specific identification may be extended the following persons:

(1) All Federal civilian employees working at the Devens RFTA.

(2) All uniformed (military) personnel.

(3) Dependents and/or guest of military or civilian personnel.

b. Unlimited privileges of the Post Restaurant facilities and services with identification may be extended to any person possessing a DOD identification card, Active, Reserve and Retired and authorized dependants.

c. Guests of authorized patrons.

NOTE: A guest is a person whose relationship to an authorized MWR patron, acting as a host, is actually one of being house guest or whose presence is in response to a direct invitation from the host for a specific occasion. A guest physically accompanies the host to the occasion, during which the host willingly accepts responsibility, including payment for services and goods received, for the guest.

## C-13 DEFINITIONS

a. Contracting Officer. A Government official with authority to enter into, administer, and/or terminate Government contracts.

b. Contracting Officer's Representative (COR). An authorized representative of the Contracting Officer appointed in writing to perform specific contract administration functions.

SECTION E

## INSPECTION AND ACCEPTANCE

### E-1 INSPECTION

All services, material and workmanship shall be subject to inspection and test by Contracting Officer and his/her representatives (this includes inspections by U.S. Army Veterinary Corps). For this purpose, the contractor shall, at all times, allow inspectors and other Contracting Officer directed personnel free access to the facility and operations and shall furnish such facilities, supplies and services as may be required for this work, as determined by the Contracting Officer.

## SECTION F

## DELIVERIES OR PERFORMANCE

### F-1 PERIOD OF PERFORMANCE

The period of performance of any contract awarded as a result of this solicitation shall be from the date of award, through 31 Oct 00 unless sooner terminated under the terms of the contract.

F-2 The following Federal holidays are observed:

| | |
|---|---|
| New Year's Day | 01 January |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Third Monday in May |
| Independence Day | 04 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans' Day | 11 November |
| Thanksgiving | Fourth Thursday in November |
| Christmas Day | 25 December |

## SECTION G

### CONTRACT ADMINISTRATION DATA

G-1 CONTRACT ADMINISTRATION OFFICE.

This contract will be administered by the Devens RFTA Contracting Office.

G-3 PAYMENTS

a. The contractor shall pay to the CWFC an amount (commission) determined as a percentage of gross sales, as stipulated in the contractor's proposal. Such payments shall be made on a monthly basis by check not later than twenty (20) days after the end of each month. Check shall be made payable to "Devens RFTA Post Restaurant Fund".

b. Commission fees shall not be considered or accounted for as a rental fee charged for use of equipment supplied or of space assigned in Government-owned buildings.

G-4 SUBCONTRACTS FOR WORK OR SERVICES

No contract shall be made by the contractor with any other party for furnishing any of the work or services herein contracted for without the written approval of the Contracting Officer or his representative, but this provision will not be taken as requiring the approval of contracts of employment between the contractor and personnel assigned for services thereunder.

SECTION H

## SPECIAL CONTRACT REQUIREMENTS

### H-1 INSURANCE

a. The contractor will, at his/her own expense, obtain and maintain during the entire performance period of this contract insurance of at least the kinds and minimum amounts set forth below:

Minimum requirements of liability and automobile insurance as required by State and local regulations and laws.

(1) Standard Worker's Compensation and Employer's liability $500,000.

(2) Comprehensive General Liability including: Premises Bodily Injury, Property Damages, Products Liability, Public Liability $1,000,000.

(3) Liquor Liability Insurance $1,000,000.

b. At all times during performance, the Contractor shall maintain with the Contracting Officer a current Certificate of Insurance showing at the insurance required by the Schedule, and providing for thirty (30) days written notice to the Contracting Officer by the insurance company prior to cancellation or material change in policy coverage. Insurance provided must in name the CWFC granting the concession and the United States of America as co-insured parties with the Contractor.

### H-2 COMPLIANCE WITH APPLICABLE FEDERAL, STATE AND LOCAL REQUIREMENTS

In performing work under this Contract, the Contractor shall comply with all relevant federal, state and local statutes, ordinances, laws and regulations.

### H-3 CONTRACTOR CHANGEOVER

The CWFC reserves the right to conduct site visits in all contractor operated facilities in conjunction with the solicitation of offers for the follow-on Contract. In the event the follow-on contract is awarded to other than the incumbent, the incumbent contractor will cooperate to the extent required to permit an orderly changeover to the successor contractor. With regard to the successor contractor's access to incumbent employees, a recruitment notice may be placed in the facility.

## H-4 LIABILITY

The CWFC shall not be held responsible for damages to property or for injuries or death to persons which might occur without fault on the part of the Fund as a result of, or incident to, performance of the Contract.

## H-5 PERMITS AND RESPONSIBILITIES FOR WORK

The contractor shall, without additional expenses to the CWFC, obtain all licenses and permits required for the prosecution of the work. The contractor shall be responsible for all damages to persons or property that occur as a result of his/her fault or negligence in connection with the prosecution of the work.

## H-6 SECURITY AND SAFETY CLEARANCES

The contractor will be required to comply with all security and safety clearances that are enforced at the Devens RFTA, Devens , MA 01432.

## H-7 SUPERVISION

The CWFC shall not exercise any supervision or control over the contractor's employees performing services under this contract. Such employees shall be accountable not to the CWFC, but solely to the contractor, who in turn is responsible to the CWFC.

## H-8 EXAMINATION OF RECORDS

a. The contractor agrees, that the Contracting Officer or any of his/her duly authorized representatives shall, until the expiration of two years, after termination of this contract, have access to and the right to examine and/or cause to be audited any directly pertinent books, documents, papers and records of the-contractor involving transactions related to this contract.

b. The contractor further agrees to include in all his subcontracts hereunder a provision to the effect that the subcontractor agrees that the Contracting Officer or any of its duly authorized representatives shall, until the expiration of one year after/final payment under the subcontract, have access to and the right to examine any directly pertinent books, documents, papers, and record, of such subcontractor involving the transactions related to the subcontract.

## H-9 TERMINATION BY AGREEMENT

a. The term of this Agreement, unless sooner terminated as hereinafter provided, shall be 31 Oct 00. It may be renewed once by mutual agreement of the parties in writing for an additional period which in total with the base period of the contract may not exceed five years from the date of award, subject to approval in the same manner as this Contract is subject to approval.

b. This Agreement shall automatically terminate upon the event of the CWFC becoming deactivated or upon deactivation of the installation (including successor installation, if any) at which the CWFC is located, or upon official declaration that the installation (including successor) is declared surplus to the needs of the Defense establishment or any component thereof.

c. Either party may without statement of cause terminate this Agreement by giving the other party 120 days notice in writing, or such shorter period as may be mutually agreed upon.

## H-10 UNAUTHORIZED REPRESENTATIONS

The contractor shall not represent himself as an agent of the CWFC and/or the Devens RFTA. The contractor shall not use these words on letterhead, statements, checks, signs, or in any other manner. All business of the contractor shall be transacted in his own individual or corporate name.

## H-11 INDEBTEDNESS

The CWFC will not assume any indebtedness of the concessionaire.

## H-12 CWFC, DEVENS RFTA

Is a non-appropriated fund instrumentality (NAFI) of Devens RFTA and DA. No appropriated funds of the United States shall become due, or be paid the contractor by reasons of this Contract. It is an integral Department of Defense (DoD) organizational entity which performs an essential Government function. It acts in its own name as a NAFI and, as a fiscal entity, maintains custody of and control over its non-appropriated funds. It is not incorporated under the laws of any state or the District of Columbia, and enjoys the legal status of an instrumentality of the United States.

## H-13 TAXES

a. Concessionaires of civilian non-appropriated funds are not entitled to claim NAFI immunity from taxation and, therefore, shall collect, report, and pay all Federal, State and local sales and use taxes as any private individual.

b. Applicable taxes shall be separately stated on menus or other price lists and charged separately in addition to said prices and reported and paid by the concessionaire. Accordingly, a statement that offered prices do not include applicable taxes shall be posted to all menus or to other price lists.

## H-14 UTILITIES

There will be no utility charges to be paid by the contractor to the CWFC in the operation of the restaurant. Such utilities include electricity, heat, water, gas and telephone (business calls only.)

## H-15 PROHIBITION ON THE USE OF STYROFOAM PRODUCTS

The contractor shall not employ the use of non recyclable Styrofoam products in the performance of this contract. The forgoing does not limit the rights of the contractor to employ alternate and/or recyclable products (e.g. paper products, glass products and plastic products).

APPENDIX B

OFFEROR SUBMISSIONS REQUIRED

AT TIME OF AWARD

1. Offeror's Qualifications:

a. Narrative statement listing comparable establishments operated and/or managed during the last two years.

b. General history of operating organization and complete experience.

2. Completed Request for Proposal, DA Form 4069-R, including:

Any supporting documentation/evidence for the five criteria used in evaluation of offers (see Section M).

PRIOR TO BEGINNING CONTRACT

1. Listing of manufacturers and brand names of products to be used in janitorial work.

2. Required Certificate of Insurance.

WITHIN 30 DAYS AFTER RECEIPT OF NOTICE TO PROCEED

1. Evidence of contractor's capability to maintain CWFC owned equipment.

2. Acceptance preventative maintenance schedule.

3. Evidence of contractor capability, or contract by private cleaning company, for janitorial services.

MONTHLY

1. Commission fee payment, to be mailed to:

Devens RFTA
ATTN: Civilian Welfare Fund Council
30 Quebec Street, Box 6
Devens, MA 01432-4429

# APPENDIX A

## FUND OWNED EQUIPMENT

| ITEM: | QUANTITY |
| --- | --- |
| Cash Registers | 1 |
| Bar stools | 12 |
| Pub Chairs (mate) | 24 |
| Glass door (2) reach in refrigerator | 1 |
| Round tables (36") | 6 |

## INSTALLATION OWNED EQUIPMENT

| | |
| --- | --- |
| Television, 52" ,Ser# 221280579 | 1 |

## SECTION I (continued) CONTRACT CLAUSES

### I-38 OPTION TO EXTEND THE TERM OF THE CONTRACT

(a) The Government may extend the term of this contract by written notice to the Contractor within thirty (30) days before the contract is to expire; provided that the Government shall give the contractor a preliminary written notice of its intent to extend at least sixty (60) days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any option under this clause, shall not exceed five years.

SECTION J

## LIST OF ATTACHMENTS

J-1 APPENDIX A FUND-OWNED EOUIPMENT

(See Appendix A - 1 page)

J-2 APPENDIX B OFFEROR SUBMISSIONS REQUIRED

(See Appendix B - 1 page)

## SECTION K (continued) ADDITIONAL REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

### K-10 QUALIFICATIONS FOR OFFERORS.

Offers will be considered only from responsible organizations or individuals now or recently engaged in the-operation or management of -food establishments, comparable to those described in the attached solicitation/contract requirements. Each offeror shall furnish with each copy of his offer, a narrative statement listing comparable establishments which he has operated or managed during the last two (2) years, and also a general history of his operating organization and complete experience.

### K-11 FINANCIAL AND TECHNICAL ABILITY

If an offer submitted in response to this solicitation is favorably considered, a survey team may contact your facility to determine your ability to perform. Current financial statements and other pertinent data should be available at that time. The team may also evaluate your system for determining the financial and technical ability of your proposed subcontract or procurement sources to perform. Examples of the types of matters the survey team may examine and evaluate include, but are not limited to, the following:

a. Past experience with the firm (if any)
b. Financial condition.
c. Accounting System
d. Production control system.
e. Inventory control system
f. Receiving and inspection systems
g. Purchasing and subcontracting systems
h Quality control system
i Facilities and procedure for storing and handling CWFC-furnished property
j General Housekeeping
k. Manpower availability and labor relations.
l. Management controls
m. Any other areas pertinent to possible performance of the prospective contracts

### K-12 SUBCONTRACTING

Offeror represents that the estimated percentage of subcontracting contemplated on this procurement is 40% % (to be completed by offeror). Cost of food

**NOTE:** The "percentage of subcontracting" will be reported as a percentage of the prime contractor's selling price. "Subcontracting" means only contracts for the production of or

The numerical rating points assigned an offeror are synonymous with the following adjective ratings:

1 Barely Acceptable 2 Satisfactory 3 Highly Satisfactory 4 Superior.

c.. The CWFC reserves the right to reject any or all offers and to waive informalities and minor irregularities in offers received.

d. The CWFC reserves the right to award on the basis of the proposals as submitted without discussion.

e. A written Award (or Acceptance of Offer) mailed (or otherwise furnished) to the successful offeror within the time for acceptance specified in the offer shall be deemed to result in a binding Contract without further action by either party.

## L-16 ADDITIONAL SUBMISSIONS

In addition to the narrative statement required under K-15 above, offerors must submit the following materials with their offers;

a. Proposed menu(s) and prices.

b. Resume of proposed on-site manager.

c. Projected annual operating statement for first year of operation under this contract.

d. See appendix B for additional Submission requirements.