# EXHIBIT "D"

P.05

DEPARTMENT OF THE ARMY
DEVENS RESERVE FORCES TRAINING AREA
DEVENS, MASSACHUSETTS
01432-4424

REPLY TO
ATTENTION OF:

Office of the Commander

February 4, 2002

John E. McCafferty
The Minuteman Tavern, Bldg. 623
Devens, Massachusetts 01432

Dear John,

As part of my follow-up to various discussions we have had relative to the operation of the Minuteman Tavern (the "tavern"), I have received an opinion from my Legal Advisor that Army regulations prohibit the patronage of "civilians" at facilities such as the tavern, except with limited and restrictive exception. Although our contract with you indeed recognizes this prohibition, at paragraph C-12, by limiting patronage to Department of Defense (DOD) employees and, if applicable, their guests, I accept the fact that previous commanders and I have allowed the gradual patronage "creep" to the current levels of unauthorized patronage. Unfortunately, I can no longer accept patronage at the tavern by other than personnel as authorized by our contract.

I realize this will create a hardship for you. I am prepared to entertain suggestions from you for a modification of your contract with the Civilian Welfare Fund in order that you might still be able to provide some level of service to the soldiers of this community. I believe it is entirely appropriate to revisit the level of commission paid, hours and periods of operation, and extent of service. I cannot, however, waiver from the requirement that only DOD employees and, if applicable, accompanying guests patronage the facility after a date to be determined.

While I would prefer that you comply with the patronage provisions of the contract immediately, I realize such might create an economic hardship on you. Accordingly, I ask that you schedule a time for us to meet within the week when we can discuss a timetable for compliance.

Sincerely,

John M. Otto
Lieutenant Colonel, U.S. Army
Commander

Printed on Recycled Paper

EXHIBIT
1/A