# EXHIBIT "E"

DEPARTMENT OF THE ARMY
DEVENS RESERVE FORCES TRAINING AREA
DEVENS, MASSACHUSETTS
01432-4424

SFCA-NR-ARCC/DV

30 October 2002

MEMORANDUM FOR RECORD

SUBJECT: Termination of Agreement NAFFE2-00-T-0001

1. The subject agreement is terminated pursuant to "Termination by Agreement", clause H.9.c. In accordance with this clause, this termination is effective 120 days from your receipt of this letter. The Government offers that the contractor may vacate the contract sooner than the 120 days, if Classic determines it is in their interest to do so. Please coordinate your phase out with Rick Brackett, QAR.

2. The contracting officer and legal representative will continue their efforts with you and your attorney to resolve the two outstanding claims equitably.

3. Your services provided to Devens RFTA are appreciated.

DAVID M. LIPELES
Contracting Officer

Printed on Recycled Paper