IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, | ) | |
| Plaintiff, | ) | No.03-2292C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 38 calendar days, to and including January 9, 2004, in which to respond to plaintiffs' complaint. Defendant's response is presently due December 2, 2003. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiffs' counsel, and plaintiffs' counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate agency, the United States Department of the Army, and have not yet received such report. See 28 U.S.C. § 520. Agency counsel has indicated that the relevant personnel are currently away on temporary duty and will be unavailable until December to assist the fact investigation. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to the plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

November 21, 2003

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 21st day of November, 2003, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 21st day of November, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Mark L. Nestor
BBO #369440
332 Lunenburg Street
Fitchburg, MA 01420

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice