ORIGINAL

FILED
FEB 1 0 2004
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF, | ) | NO. 03-2292C |
| V. | ) | (JUDGE BRADEN) |
| THE UNITED STATES, DEFENDANT, | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADING BY MAIL

Now comes the Plaintiff in the above entitled matter and respectfully requests that he be allowed leave to file the attached Plaintiff's Unopposed Motion for Enlargement of Time by mail instead of electronically. As grounds therefore counsel for the Plaintiff has requested a password and login but has not yet taken the test. He is in the process of completing the training units prior to signing up for the test. Counsel for the Plaintiff anticipates completion of same within the next week.. This is a one time request by the Plaintiff.

Wherefore, it is respectfully requested that Leave be granted by this Court and that the Plaintiff be allowed to file the attached Motion for Enlargement of Time by United States Mail.

Respectfully submitted,
John E. McCafferty, d/b/a
Classic Catering,
By his attorney,

Mark L. Nestor, Esq.
332 Lunenburg Street
Fitchburg, MA 01420
Tel: 978.345.3544

Dated: February 4, 2004

# CERTIFICATE OF FILING

.I hereby certify that on this 4th day of February, 2004, a copy of the foregoing Motion for Leave to File Pleadings by Mail was filed by Express Mail. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I further certify that on this 4th day of February, 2004, I caused to be served by United States Mail (first class-postage prepaid) copies of the Plaintiff's "Motion for Leave to File Pleadings by Mail) addressed as follows:

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division - Department of Justice
ATTN: Classification Unit
1100 L. St. NW, 8th Flr
Washington, DC 20530

Mark L. Nestor

Docket No. 03-2292C

UNITED STATES COURT OF FEDERAL CLAIMS

**MEMORANDUM**

TO: JUDGE Braden
FROM: CLERK'S OFFICE

The attached was received on 2-5-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ✓ | 5.3(d) | Re: ~~original/~~copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ ECF case

Debbie
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

√ Filed by my leave, **OR,**

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

[signature]
Signature

2/10/04
Date