ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 17 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF, | ) | NO. 03-2292C |
| V. | ) | (JUDGE BRADEN) |
| THE UNITED STATES, DEFENDANT | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff respectfully requests an enlargement of time of 14 calendar days, to and including February 23, 2004, in which to respond to Defendant's Motion to Dismiss. Plaintiff's response is presently due February 9, 2004. This is Plaintiff's first request for an enlargement of time. Counsel for the Plaintiff has conferred with Counsel for the Defendant, and Defendant's Counsel has agreed to this extension.

The additional time is required for Plaintiff's Counsel to adequately prepare and file the Plaintiff's response to the Motion to Dismiss. Counsel for the Plaintiff is involved in a number of trials over the next thirty (30) days and requires adequate time to both prepare and try same. Thus, the additional time requested is necessary for counsel to adequately review this case so that he may appropriately respond to the Defendant's Motion to Dismiss.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Mark L. Nestor, Esq.
332 Lunenburg Street
Fitchburg, MA 01420
Tel: 978-345-3544
Counsel for the Plaintiff

February 4, 2004

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of February, 2004, a copy of the foregoing Motion for Enlargement of Time was filed by Express Mail. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 3rd day of February, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of plaintiff's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L. St. NW, 8th FLR
Washington, DC 20530

Mark L. Nestor