ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR - 1 2004
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF,

V.

THE UNITED STATES, DEFENDANT,

NO. 03-2292C

(JUDGE BRADEN)

**PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO FILE PLEADINGS ELECTRONICALLY NUNC PRO TUNC, OR ALTERNATIVELY TO ACCEPT PLEADINGS FILED BY MAIL**

Now comes the Plaintiff in the above entitled matter and respectfully requests that he be be granted leave to extend the time to file his Plaintiff's Opposition to Defendant's Motion to Dismiss with attached Affidavit electronically, nunc pro tunc, or alternatively, that this Court accept the above referenced pleadings that he has already filed by mail. As grounds therefore counsel for the Plaintiff states that on or about February 20, 2004, he forwarded by Express Mail the Plaintiff's Opposition to the Defendant's Motion to Dismiss with an attached Affidavit of John E. McCafferty. The Plaintiff anticipated filing same electronically. Counsel for the Plaintiff has successfully taken the CM/ECF test required to obtain a CM/ECF login and password but, for reasons unknown, has yet to have same e-mailed to him and as such is precluded from filing the documents electronically.

Wherefore, it is respectfully requested that Leave be granted by this Court to Extend the Time within which to file the above referenced documents electronically nunc pro tunc until Wednesday, March 3, 2004, or alternatively, that this Court accept the written pleadings previously filed by Express Mail.

Respectfully submitted,
John E. McCafferty, d/b/a
Classic Catering,
By his attorney,

Mark L. Nestor, Esq.
332 Lunenburg Street
Fitchburg, MA 01420
Tel: 978.345.3544

Dated: February 25, 2004

## CERTIFICATE OF FILING

.I hereby certify that on this 25h day of February, 2004, a copy of the foregoing Motion for was filed by Express Mail. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I further certify that on this 25th day of February, 2004, I caused to be served by United States Mail (first class-postage prepaid) copies of the Plaintiff's "Motion for Leave to Extend Time to File Pleadings Electronically nunc pro tunc" addressed as follows:

\

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division - Department of Justice
ATTN: Classification Unit
1100 L. St. NW, 8th Flr
Washington, DC 20530

Mark L. Nestor

Docket No. 03-2292C

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Braden
FROM: CLERK'S OFFICE

RECEIVED
MAR 01 2004
CHAMBERS OF JUDGE BRADEN

The attached was received on 2-27-04 and the following defect(s) is/are noted:

1. ✓ Untimely, due to be filed by 2-23-04 [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ✓ | 5.3(c) | Re: binding |
| ✓ | 5.3(d) | Re: ~~original/~~copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ____________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ____ ____________________

Debbie
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

_____ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

_____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

_____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

_____ Returned to party for correction of defect(s).

____________________
Signature

3/1/04
____________________
Date