IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, | ) | |
| Plaintiff, | ) | |
| | ) | No.03-2292C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 14 calendar days, to and including March 22, 2004, in which to respond to plaintiff's opposition to defendant's motion to dismiss. Defendant's response is presently due March 8, 2003.[1] This is defendant's first request for an enlargement of time with regards to plaintiff's opposition. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's reply to the plaintiff's opposition. Because plaintiff filed his brief by mail, his opposition was not received by the Department of Justice mailroom until February 26, 2004, and was not received by counsel until late in the day on February 27, 2004. Moreover, Government counsel is handling several other matters before this Court (e.g., Brunner v. United States, No. 98-554, conference March 4, 2004; Verdone v. United States, Nos. 03-2359C & 04-0001C, reply

[1] While a copy of the plaintiff's opposition to defendant's motion to dismiss was mailed to the defendant on February 20, 2004, it appears that plaintiff's opposition has not yet been filed with the Court. Accordingly, defendant has calculated its obligation to respond as running from the time it was served with a copy of the pleading.

to opposition due March 5, 2004, and responses to motions for sanctions and motions to strike due March 8, 2004; Advanced Team Concepts v. United States, No. 02-197, oral argument on March 15, 2004; Simone Anderson v. United States, No. 03-2671, answer due March 16, 2002, Arakaki v. United States, No. 03-1874, reply currently due March 19, 2002) and the Court of Appeals for the Federal Circuit (Hughes v. Social Security Administration, No. 04-3118, response brief due March 11, 2004), which have deadlines in early March 2004. The additional time requested is necessary for counsel to adequately reply to the plaintiff's opposition.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

March 5, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of March, 2004, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 5th day of March, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Mark L. Nestor
BBO #369440
332 Lunenburg Street
Fitchburg, MA 01420

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice