ORIGINAL

FILED
MAR - 2 2004
U.S. COURT OF FEDERAL CLAIMS

by Leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF, | ) | NO. 03-2292C |
| V. | ) | (JUDGE BRADEN) |
| THE UNITED STATES, DEFENDANT, | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADINGS BY MAIL AND ELECTRONICALLY**

Now comes the Plaintiff in the above entitled matter and respectfully requests that he be allowed leave to file the attached Plaintiff's Opposition to Defendant's Motion to Dismiss with attached Affidavit by both mail and electronically. As grounds therefore counsel for the Plaintiff wants to insure that the Pleadings are properly filed in light of the fact that this would be the first occassion for use of electronic filing to this court.

Wherefore, it is respectfully requested that Leave be granted by this Court and that the Plaintiff be allowed to file the attached Pleadings by both electronically and United States Mail.

Respectfully submitted,
John E. McCafferty, d/b/a
Classic Catering,
By his attorney,

Mark L. Nestor, Esq.
332 Lunenburg Street
Fitchburg, MA 01420
Tel: 978.345.3544

Dated: February 20, 2004

**CERTIFICATE OF FILING**

.I hereby certify that on this 4th day of February, 2004, a copy of the foregoing Motion for Leave to File Pleadings both by Mail and electronically was filed by Express Mail. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I further certify that on this 20th day of February, 2004, I caused to be served by United States Mail (first class-postage prepaid) copies of the Plaintiff's "Motion for Leave to File Pleadings by Mail) addressed as follows:

\

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division - Department of Justice
ATTN: Classification Unit
1100 L. St. NW, 8th Flr
Washington, DC 20530

Mark L. Nestor

Docket No. 03-2292C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Braden
FROM: CLERK'S OFFICE

The attached was received on 2-23-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ✓ | 5.3(d) | Re: ~~original/~~copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ____________________ |

5. ✓ Original affidavit(s)/declaration(s) is/are missing
6. ✓ No provision in the Rules (or court order) for the filing of ~~this item~~ an affidavit as a separate filing - should be attached as an exhibit
7. ____

As of 2-23-04, counsel still doesn't have an ECF account

Debbie
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

/ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

SB
Signature

2/1/04
Date

RECEIVED
MAR 2 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS