IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, | ) | |
| Plaintiff, | ) | |
| v. | ) | 03-2992C |
| R. L. BROWNLEE, ACTING SECRETARY, DEPARTMENT OF THE ARMY, | ) | |
| Defendant. | ) | |

**DECLARATION OF PETER CONNELLY**

I, Peter Connelly, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and based upon my personal knowledge.

1. I am the Chief of the Training Support Division, Devens Reserve Forces Training Area (RFTA). As part of my job duties I oversee the purchase of meals for U.S. Army Reserve units training at Devens RFTA.

2. Reserve units without internal meal preparation assets that train on Devens must have their meals catered by a commercial vender. Devens has two dining facilities, but neither has operating food service.

3. The meals are purchased under the micro purchase provisions of the Federal Acquisition Regulation (FAR) with payment made via the Government Purchase Card.

4. Most of the catered meals are consumed in one of the two dining facilities.

5. Plaintiff was one of the caterers used to provide meals. Plaintiff frequently requested to serve the means at his establishment, rather than use the dining facilities.

6. By memorandum dated 23 February 2001, my office requested that plaintiff provide 3080 catered meals on March 4th through March 24th 2001. At plaintiff's request, the meals were to be consumed in building 623 at plaintiff's Village Green Establishment

7. On March 2, 2001 the then Commander of Devens, LTC Dunn, informed me that the plaintiff was not to serve soldiers in the main hall of building 623.

8. Because of this restriction, I contacted plaintiff to discuss alternate places for the soldiers to eat. I offered the plaintiff the use of either dining facility without charge. Plaintiff rejected this offer.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 10TH day of March 2004, at Devens, Massachusetts.

Peter H Connelly

Peter Connelly
Chief, Training Support Division
Devens, RFTA