# In the United States Court of Federal Claims

**No. 03-2292 C**

**JOHN E. McCAFFERTY, d/b/a CLASSIC CATERING,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed August 16, 2004, granting the Government's January 9, 2004 motion to dismiss plaintiff's October 3, 2003 complaint, pursuant to RCFC 12(b)(1),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**August 16, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.