#0672529

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 12 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF, | ) | NO. 03-2292C |
| V. | ) | (JUDGE BRADEN) |
| THE UNITED STATES, DEFENDANT, | ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

Now comes the Plaintiff in the above entitled matter and pursuant to RCFC 58.1 appeals from the Judgment of this Court, Susan G. Braden, Judge, dated August 16, 2004, dismissing the Plaintiff's Complaint pursuant to RCFC 12(b)(1).

Respectfully submitted,
John E. McCafferty, d/b/a
Classic Catering,
By his attorney,

Mark L. Nestor, Esq.
45 Middle Street, Suite 1
P.O. Box 5357
Gloucester, MA 01930
Tel: 978.283.7117

Dated: October 1, 2004

**CERTIFICATE OF FILING**

.I hereby certify that on this 1st day of October, 2004, a copy of the foregoing Notice of Appeal was filed by United States Mail (first class-postage prepaid). I further certify that on this 1st day of October, 2004, I caused to be served by United States Mail (first class-postage prepaid) copies of the Plaintiff's Notice of Appeal as follows:

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division - Department of Justice
ATTN: Classification Unit
1100 L. St. NW, 8th Flr
Washington, DC 20530

Mark L. Nestor