ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 1 2 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. MCCAFFERTY, D/B/A CLASSIC CATERING, PLAINTIFF, | ) | NO. 03-2292C |
| V. | ) | (JUDGE BRADEN) |
| THE UNITED STATES, DEFENDANT, | ) | |

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

Please take notice that the new address for Counsel for the Plaintiff, Mark L. Nestor, Esq., is:

MARK L. NESTOR, ESQ.
45 Middle Street, Suite 1
P.O. Box 5357
Gloucester, MA 01930
Tel: 978.283.7117
Fax: 978.283.5118
E-Mail: nestorlaw@aol.com

Respectfully submitted,
John E. McCafferty, d/b/a
Classic Catering,
By his attorney,

Mark L. Nestor, Esq.
45 Middle Street, Suite 1
P.O. Box 5357
Gloucester, MA 01930
Tel: 978.283.7117

Dated: October 1, 2004

**CERTIFICATE OF FILING**

.I hereby certify that on this 1st day of October, 2004, a copy of the foregoing Notice of Change of Address was filed by United States Mail (first class-postage prepaid). I further certify that on this 1st day of October, 2004, I caused to be served by United States Mail (first class-postage prepaid) copies of the Plaintiff's Notice of Appeal as follows:

\

Steven M. Mager, Esq.
Commercial Litigation Branch
Civil Division - Department of Justice
ATTN: Classification Unit
1100 L. St. NW, 8th Flr
Washington, DC 20530

Mark L. Nestor