# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

RECEIVED
OCT 15 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

O5-5005 - MCCAFFERTY V US

10/15/04
(Date of Docketing)

Appeal from: UNITED STATES COURT OF FEDERAL CLAIMS

03-CV-2292

Name of appellant(s): JOHN E. MCCAFFERTY, DOING BUSINESS AS CLASSIC CATERING

Critical dates for counsel, pro se parties, and court include:

Date of docketing, as above (Rules 12 & 15)
Representation statement (Rule 12)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (Parties owing the docketing fee)

JAN HORBALY, Clerk

cc: US Court of Federal Claims
Steven M. Mager
Mark L. Nestor

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# 05-5005

## In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2004

JAN HORBALY
CLERK

**Judge Susan G. Braden**

**Type of Case**: 114 - Contract Service (CDA)

JOHN E. MCCAFFERTY, D/B/A
CLASSIC CATERING,
*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

RECEIVED
2004 OCT 12 PM 4: 53
US COURT OF APPEALS
FEDERAL CIRCUIT

---

**Cross or Related Appeal**: No.

**CFC Number**: 03-2292 C

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: August 16, 2004.

**Date Appeal**: October 12, 2004.

**Fee**: $255.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**