NOTE: Pur ant to Fed. Cir. R. 47.6, this dispc on is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-5005

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUL 11 2005

JAN HORBALY
CLERK

JOHN E. McCAFFERTY,
(doing business as Classic Catering,)

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 03-CV-2292

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LOURIE, and LINN, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED JUL 11 2005

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Date: 9/1/05

SSUED AS A MANDATE: SEP 1 2005